Exhibit A
(Part 1)

1

2    UNITED STATES DISTRICT COURT

3    SOUTHERN DISTRICT OF NEW YORK

4    --------------------------------------------- x

5

     IN RE:  VEECO INSTRUMENTS, INC.

6

          SECURITIES LITIGATION

7

8    --------------------------------------------- x

9

10        DEPOSITION of STEELWORKERS PENSION FUND, by

11   RICHARD S. HOFFMAN, taken pursuant to Notice, held

12   at the offices of Berger & Montague, P.C., 1622

13   Locust Street, Philadelphia, Pennsylvania, on

14   December 8, 2005, at 9:57 a.m., before a Notary

15   Public of the State of New York.

16

17

18

19

20

21

22   ***********************************************

23        BARRISTER REPORTING SERVICE, INC.

              120 Broadway

24        New York, N.Y. 10271

              212-732-8066

25

**2**

```
 1
 2   A P P E A R A N C E S:
 3
 4       BERGER & MONTAGUE, P.C.
             Attorneys for STEELWORKERS
 5           PENSION FUND
             1622 Locust Street
 6           Philadelphia, PA  19103
 7   BY:  ARTHUR STOCK, ESQ.
             -and-
 8           PHYLLIS PARKER, ESQ.
 9
10
11       GIBSON, DUNN & CRUTCHER, LLP
             Attorneys for VEECO
12           INSTRUMENTS, INC.
             200 Park Avenue
13           New York, New York  10166-1093
14   BY:  ROSS WALLIN, ESQ.
15
16
17
18                   xxxxx
19
20
21
22
23
24
25
```

**3**

```
 1
 2           S T I P U L A T I O N S
 3
 4       IT IS HEREBY STIPULATED AND AGREED by and
 5   between the attorneys for the respective parties
 6   herein, that filing, sealing and certification,
 7   and the same are, hereby waived.
 8
 9       IT IS FURTHER STIPULATED AND AGREED that
10   all objections except as to the form of the
11   question, shall be reserved to the time of the
12   trial.
13
14       IT IS FURTHER STIPULATED AND AGREED that
15   the within deposition may be signed and sworn to
16   by an officer authorized to administer an oath,
17   with the same force and effect as if signed and
18   sworn to before the Court.
19
20
21                   xxxxx
22
23
24
25
```

**4**

```
 1
 2   RICHARD    S.    HOFFMAN,
 3       having been first duly sworn before a
 4       Notary Public of the State of New York,
 5       was examined and testified as follows:
 6
 7   EXAMINATION BY
 8   MR. WALLIN:
 9   Q    What is your name?
10   A    Richard S. Hoffman.
11   Q    What is your address?
12   A    7 Neshamanay Interplex, Suite 301,
13   Trevose, Pennsylvania 19053.
14   Q    Good morning, Mr. Hoffman.  My name is
15   Ross Wallin.  I'm with the firm of Gibson
16   Dunn & Crutcher.  We represent VEECO
17   Instruments as well as the individual
18   defendants in the VEECO Instruments
19   securities litigation.
20       I'm going to be asking you some
21   questions for a couple of hours this morning.
22   If I ask you any questions that you don't
23   understand, I want you to let me know and
24   I'll decide based on what you tell me whether
25   I feel like I need to rephrase the question.
```

**5**

```
 1                   Hoffman
 2   But if you don't indicate that you don't
 3   understand the question, then I'm going to
 4   assume that you do understand it and I'm
 5   going to look to you for an answer.
 6       If at any point in time you want to
 7   take a break, just let me know.  This is not
 8   intended to be uncomfortable, so if you need
 9   to use the restroom, let me know.  I'll
10   probably just as a matter of course try to
11   take a break every hour or so just for my own
12   benefit.
13       Have you ever been deposed before?
14   A    Yes.
15   Q    How many occasions?
16   A    Oh, I would say under twenty.  That's
17   being deposed as a person being deposed.
18   Q    When was the last time you were
19   deposed?
20   A    About five years ago.
21   Q    What type of matter was that
22   deposition related to?
23   A    A former employee of the Steelworkers
24   Health and Welfare Fund was suing the Health
25   and Welfare Fund for severance pay he claimed
```

6

Hoffman

1 was owed to him.
2
3 Q    Were you being asked to testify as a
4 representative of the steelworkers in that
5 case?
6 A    Yes.
7 Q    How many of the approximately twenty
8 depositions you've given have been in
9 connection with your work for steelworkers?
10 A    All of them.
11 Q    Over what time period?  I'm not going
12 to ask you about all twenty depositions.
13 A    45 years.
14 Q    Have you ever been a party to a
15 lawsuit in your individual capacity?
16 A    Yes.
17 Q    About how many occasions?
18 A    As a party to a lawsuit?
19 Q    Yes.
20 A    I think on two occasions.
21 Q    What were those?
22 A    I was suing a real estate agent on a
23 contract I had made with him about payment of
24 rent on an investment unit I had purchased.
25 I was a plaintiff in that case.

7

Hoffman

1
2    In another case I was defended -- I
3 was being sued by a contractor for some work
4 he did for me, and he claimed I didn't pay
5 him sufficiently.
6 Q    Have you ever given testimony in a
7 court before?
8 A    Yes.
9 Q    In what matter?
10 A    Both those matters.
11 Q    Any other matters besides the two you
12 described?
13 A    Yes, I've been a witness in several
14 cases involving money managers for the
15 Steelworkers Pension Trust.  Employees leave
16 them and start their own money management
17 firm and they take business away, and there's
18 usually a suit by the old firm against the
19 new firm and I've been -- we have switched
20 allegiance.  I've testified as to the reason
21 we've switched allegiance.
22    I've also testified as an expert
23 witness in innumerable domestic relation
24 cases when it comes to valuation of pension.
25 I've held -- when I held elective political

8

Hoffman

1
2 office, I testified in several suits
3 involving Bucks County, people suing the
4 county for various reasons.
5 Q    What elective office did you hold?
6 A    For the County Clerk of Courts.
7 Q    That's for Bucks County?
8 A    Yes.
9 Q    Have you held any other elective
10 office?
11 A    Yes, supervisor for Warminster
12 Township.
13 Q    When were you the Clerk of Courts for
14 Bucks County?
15 A    In the '70s and '80s.  I was Clerk of
16 Courts for eight years.
17 Q    The second elected position you
18 mentioned which was?
19 A    Supervisor, was early '70s.
20 Q    Have you held any other elective
21 offices?
22 A    No.
23 Q    How many times have you testified as a
24 witness in court in connection with the suit
25 relating to the Steelworkers Money Managers?

9

Hoffman

1
2 A    How many times?
3 Q    Yes.
4 A    A few.
5 Q    Less than five?
6 A    Oh, yes.
7 Q    When was the last time you testified
8 in a matter relating to the Steelworkers
9 Money Managers?
10 A    Fifteen years ago.
11 Q    I should have mentioned this during my
12 instructions, but I will make an effort not
13 to start talking while you're answering your
14 questions, and if you could make an effort
15 not to talk while I'm asking my questions our
16 court reporter will be very grateful to both
17 of us.
18 A    Is that right?
19 Q    Have you produced any documents to the
20 defendants in this case?
21 A    Yes.
22 Q    Did you personally search for the
23 documents that were produced?
24 A    In a matter of speaking, yes.
25 Q    What did you do to search?

10

Hoffman

2  A     I ordered, directed staff to provide
3  the documents. I didn't search them out
4  myself.
5  Q     Did you provide the documents that
6  your staff collected to counsel?
7  A     Yes.
8  Q     Have they been produced to VEECO, as
9  far as you know?
10  A     I don't know.
11  Q     If you can give me a brief narrative
12  description of your educational background, I
13  would appreciate it.
14  A     I went to undergraduate school at
15  Wharton. I took a master's degree in
16  business administration in Columbia.
17  Q     What year did you graduate from
18  Wharton?
19  A     '51, I think. Then I went for a
20  master's degree at Columbia the next year.
21  Q     That was a master's in business
22  administration?
23  A     Yes. Then I went to law school at the
24  University of Pennsylvania, graduated in
25  1955.

11

Hoffman

2  Q     Let's run through your employment
3  history. We'll work from the most recent
4  going back as far as necessary.
5        What is your current position with the
6  Steelworkers?
7  A     Counsel for the Steelworkers Pension
8  Trust, house counsel.
9  Q     What are your responsibilities as
10  house counsel?
11  A     To act as attorney for the trust,
12  trustees and employees in all matters
13  involving the Steelworkers Pension Trust and
14  related matters.
15        I also supervise the staff at the
16  office subject to the directions of the
17  chairman and the board of trustees.
18  Q     How large is the staff in the office
19  currently?
20  A     In the Trevose location, 26.
21  Q     The Trevose location is where you
22  currently work?
23  A     Yes. You have one other location in
24  Pittsburgh, and there's three employees
25  there.

12

Hoffman

2  Q     How many members are on the board of
3  trustees?
4  A     Ten.
5  Q     Who is the current chairman?
6  A     Michael Felice.
7  Q     Are there any other members of the
8  Steelworkers staff that functions as
9  attorneys other than you?
10  A     No.
11  Q     How long have you held the position of
12  house counsel?
13  A     Since 1958.
14  Q     You realize this covers a broad range
15  of time, but has your responsibility as house
16  counsel changed from '58 to today?
17  A     Yes.
18  Q     Can you describe to me generally how
19  they've changed?
20  A     Well, prior to the enactment of ERISA
21  it was a fairly -- how should I say -- fairly
22  narrow job. About the only thing we had to
23  do on a routine basis or I had to do on a
24  routine basis was to collect delinquency.
25  The law was all state law. I also acted as

13

Hoffman

2  counsel for the union and the union health
3  and welfare fund at the same time.
4        Then when ERISA was adopted, it became
5  a whole new learning experience, of course,
6  and I devoted more and more time to ERISA
7  litigation, benefits litigation, matters of
8  that sort; IRS matters, audits. of the DOL,
9  the IRS.
10        So it was a passage of ERISA in the
11  years that that act was interpreted by the
12  court, the duties became just multiplied
13  tremendously, and I had less and less time
14  for private practice and other things that I
15  was engaged in.
16  Q     By private practice, do you mean you
17  were performing some other job other than
18  serving as house counsel for the
19  Steelworkers?
20  A     Yes, I was partner in a couple of law
21  firms, and I had my own private practice.
22  Q     Which law firms were you partners in?
23  A     Cordes King & Hoffmann, Goodheart &
24  Hoffman, Rappaport & Newman.
25  Q     Can you give me the approximate dates

14

Hoffman

2 that you were a partner at the various firms?
3 A     Rappaport & Newman was when I got out
4 of the service, which was 1957.  Goodheart &
5 Hoffman was from that point until
6 Mr. Goodheart became a judge.  It was about
7 ten years later.
8     Then I was with Cordes King, which is
9 a Bucks County firm, for four or five years.
10 After that I was in private practice, single
11 practitioner.
12 Q     Do you continue to have a private
13 practice?
14 A     No.
15 Q     When did you cease having private
16 practice?
17 A     I started to withdraw from private
18 practice about five years ago.  It took a
19 while.  It took three years to get completely
20 out.
21 Q     Over the last three years has your
22 work with the Steelworkers been your only
23 source of employment?
24 A     Yes, other than assisting other
25 attorneys in this pension litigation and

16

Hoffman

2 describe what the business is of the
3 Steelworkers Pension Trust currently.
4 A     Very simple:  The business is to
5 collect contributions that employers have
6 obligated themselves through collective
7 bargaining with the Steelworkers union to
8 make to the Steelworkers Pension Trust in
9 order to provide pensions for their employees
10 and then to invest that money, and the third
11 part is to pay the benefits when due.  Very
12 simple.
13 Q     How many Steelworkers across the
14 country currently have pension plans that
15 were ultimately paid out by the Steelworkers
16 Pension Trust?
17 A     50,000.
18     MR. STOCK:  Can you clarify
19     whether you're talking about only
20     Steelworkers or whether other people
21     not in the Steelworkers pension?
22     MR. WALLIN:  I guess I should
23     ask the predicate questions.
24 Q     Can you describe the membership of the
25 Steelworkers Pension Trust?

15

Hoffman

2 domestic relation cases.
3 Q     Do you currently have any non-legal
4 job functions with the Steelworkers?
5 A     Yes.
6     MR. STOCK:  I object to the
7     term "non-legal jobs," but if you
8     understand it, you can answer.
9 A     Well, I supervise the staff.
10 Q     You regard that as a business function
11 rather than a legal function?
12 A     Yes.
13 Q     What is involved in supervising a
14 staff?
15 A     Well, a lot of it is legal.  They
16 refer all matters of interpretation of the
17 documents, benefits of claim to me which is
18 legal, but I also direct them in their
19 day-to-day functions in accounting and
20 processing benefit claims, make decisions as
21 to vacations.
22     Our staff is unionized and I deal with
23 the union, grievances they may file, handle
24 management, personnel.
25 Q     Perhaps it would be useful if you can

17

Hoffman

2 A     It's employees who are represented
3 through collective bargaining by the
4 Steelworkers union.
5 Q     Who is included in the Steelworkers
6 union?
7 A     Obviously those who work in steel
8 mills and related industries, mainly, and
9 today also represent many other industries
10 that are not directly connected with steel.
11 For example, they represent hospitals,
12 hospital employees in certain areas of the
13 country, but mainly it's steel and the many
14 related industries of steel.
15 Q     Am I correct that the 50,000 members
16 that you mentioned is the total membership of
17 the Steelworkers union?
18 A     No.  The total number now is over a
19 half a million.  The number of active
20 participants, people who are employed
21 actively with contributions being made on
22 them by their employers is 50,000.
23 Q     How much money is currently under
24 investment by the Steelworkers Pension Trust?
25 A     1.5 billion.

Slimscript Copy:  IN RE: VEECO INSTRUMENTS, INC.: RICHARD S. HOFFMAN, 12/8/2005

---

18

Hoffman

1
2  Q    Are 100 of the Steelworkers Pension
3  Trust funds currently vested?
4  A    I hope so, yes.  To the best of my
5  knowledge, yes.
6  Q    How does a current number of members
7  compare, let's say, to the number of members
8  ten years ago?
9  A    I would say it doubled.
10  Q    Has the total amount of money under
11  investment approximately doubled as well?
12  A    Not quite always, but considerably.
13  We were close to a billion, so it increased
14  by 50 percent.
15  Q    Do you have any other graduate degrees
16  other than the MBA from Columbia?
17         MR. STOCK:  And a law degree?
18         MR. WALLIN:  And the law
19         degree.
20  A    No.
21  Q    Do you have any particular training in
22  accounting other than what you've received in
23  connection with receiving your MBA?
24  A    No.
25  Q    Am I correct that you're not a

---

19

Hoffman

1
2  licensed accountant?
3  A    You are correct.
4  Q    Is the Steelworkers Pension Trust
5  currently a party in any other securities
6  litigations, to your knowledge?
7  A    We are in members of classes, yes.
8  Q    Is the Steelworkers currently a class
9  representative or a lead plaintiff in any
10  other securities litigations?
11  A    No.
12  Q    Have you ever been deposed in any
13  litigation in which the Steelworkers were a
14  lead plaintiff?
15  A    No.
16  Q    Do you have any responsibility for
17  making investment decisions on behalf of the
18  Steelworkers Pension Trust?
19  A    No.
20  Q    Who within the Steelworkers Pension
21  Trust has responsibility for making those
22  sorts of decisions?
23  A    Making investment decisions?
24  Q    Yes.
25  A    The money managers.

---

20

Hoffman

1
2  Q    Who are the Steelworkers' current
3  money managers?
4  A    Well, we have twenty.
5         MR. WALLIN:  Let me mark a
6         document I want to show you, if this
7         list is complete.  I ask you to take a
8         look at a document that your counsel
9         produced to us presently, SPT 01
10         through SPT 02.  It appears to be a
11         printout from a web site.
12         We'll mark that as Exhibit 1.
13         (Whereupon a document bearing
14         production numbers SPT 01 through SPT
15         02 was marked as Exhibit 1 for
16         identification, as of this date.)
17         THE WITNESS:  Yes, this
18         looks -- this appears to be correct.
19  Q    Am I correct that that document is a
20  printout from the Steelworkers Pension Trust
21  web site?
22  A    Yes.
23  Q    When you say it was correct, I assume
24  you're referring to the second page, SPT 02?
25  The numbers are at the bottom right-hand

---

21

Hoffman

1
2  side.
3  A    Yes.
4  Q    Is this list here of managers the
5  current list of the Steelworkers Pension
6  Trust money managers?
7  A    Yes.
8  Q    Now, the money managers are not
9  employees of the Steelworkers Pension Trust,
10  are they?
11  A    No.
12  Q    Am I correct that they're outside
13  firms that you hired to make investment
14  decisions with the Steelworkers funds?
15  A    Yes.
16  Q    Which of the money managers listing
17  here on SPT 2 is responsible for the largest
18  percentage of the Steelworkers investment?
19  A    I think it's T-O-R-R-A-Y.
20         MR. WALLIN:  It's listed on SPT
21         02 as Robert E. Torray & Company, Inc.
22  Q    What percentage of the Steelworkers
23  funds is invested through Robert E. Torray &
24  Company?
25  A    He has maybe 200 million.

---

Slimscript Copy:  IN RE: VEECO INSTRUMENTS, INC.: RICHARD S. HOFFMAN, 12/8/2005

---

22

Hoffman

1
2  Q     Do you have any understanding of how
3  much the Steelworkers currently have invested
4  through Fox Asset Management?
5  A     Well, it's about seven and a half
6  percent of the entire portfolio.
7  Q     Has the amount of money invested
8  through Fox Asset Management changed
9  significantly over the last three to four
10  years?
11  A     I think only by its own earnings.
12  Q     Who is responsible within the
13  Steelworkers Pension Trust for deciding which
14  money managers the Steelworkers will invest
15  through?
16  A     Board of trustees.
17  Q     Do you have any roles in those
18  decisions?
19  A     Not anymore.
20  Q     Did you at some point in the past?
21  A     Yes.
22  Q     For what period of time did you have
23  responsibility?
24  A     Till about five years ago.
25  Q     Were you a member of the board of

---

23

Hoffman

1
2  trustees at that time?
3  A     No.
4  Q     Did you have sole responsibility at
5  that time before deciding what money managers
6  the Steelworkers would use?
7  A     No.  My role was to participate in the
8  interview of potential money managers and to
9  do due diligence investigations, but I
10  voluntarily withdrew from that.  It was too
11  time consuming.
12  Q     Did you participate in the decision to
13  retain Fox Asset Management as a money
14  manager for the Steelworkers?
15  A     Well, they came in, I think, in 2000,
16  so I might have participated in the selection
17  process that included Fox.  There were
18  others, of course, under consideration, so I
19  might have since it was five years ago.
20  That's about when I withdrew from those
21  duties.
22  Q     Do you recall what, if any, due
23  diligence you did in connection with the
24  Steelworkers' retention of Fox Asset
25  Management?

---

24

Hoffman

1
2  A     No, I don't know precisely what we did
3  with Fox, but the normal procedure was to
4  visit the office of the money managers under
5  consideration, see their operation and talk
6  to the staff, et cetera.  Either I or
7  somebody else did that with Fox Asset
8  Management.
9  Q     Have you had any contact with anyone
10  at Fox Asset Management in the last three
11  years?
12  A     Only when I see the gentleman at the
13  meetings.  He comes to make presentations.
14  Q     Which gentleman are you referring to?
15  A     Sincowitz (phonetic).  I forget his
16  name.
17  Q     Do you know how to spell his name?
18  A     No.  It's a Polish name.
19  Q     Is he a principal of Fox Asset
20  Management?
21  A     Yes.
22  Q     Is he responsible for making decisions
23  on behalf of the Steelworkers, investment
24  decisions on behalf of the Steelworkers?
25  A     He says he is.

---

25

Hoffman

1
2  Q     Do you have any reason to believe
3  otherwise?
4  A     No, but I know that a lot of money
5  managers send their marketing person to these
6  meetings who really isn't responsible but
7  they all say they are, but I think in this
8  case he really is.
9  Q     How large an organization is Fox Asset
10  Management?
11  A     I don't know.  I don't know.
12  Q     You said that the board of trustees
13  currently makes decisions about which money
14  managers the Steelworkers Pension Trust will
15  retain.
16       Are there particular members of the
17  board of trustees that are responsible for
18  making those decisions currently?
19  A     No.
20  Q     Are those decisions made on some sort
21  of regular basis?
22  A     No.
23  Q     Are they made on an ad hoc basis, as
24  needed?
25  A     Before we lapsed going into a positive

---

Slimscript Copy:  IN RE: VEECO INSTRUMENTS, INC.: RICHARD S. HOFFMAN, 12/8/2005

26

Hoffman

1   cash flow, which was about three years ago,
2   we had a negative cash flow, and the only
3   time we hired new managers is when we fired
4   existing managers.
5        Now since we have a positive cash
6   flow, they brought on some nontraditional
7   managers reaching for return, but they didn't
8   fire anybody that's got additional managers.
9   They happen to get what we call
10  non-traditional managers, hedge funds, real
11  estate funds, because their trustees wanted
12  greater return on their investment or our
13  investment.
14  Q     Which of the current money managers
15  listed on Exhibit 1 are hedge funds or real
16  estate funds?
17  A     Let me see.  The Multi-Employer
18  Property Trust is a real estate.  Peregrine
19  Capital, I think, is a hedge fund.
20  Q     Any others that you recognize?
21  A     No.
22  Q     You made reference a couple of times
23  to the fact that the Steelworkers have fired
24  money managers in the past.  What might be a

27

Hoffman

1   basis for firing money managers?
2   A     Only one basis.  Poor performance.
3   Q     When is the last time the Steelworkers
4   fired a money manager for poor performance?
5   A     I forget.  About three years ago.
6   Q     Which money manager was that?
7   A     I forget who it was.  Once they're
8   gone, I forget about them.
9   Q     I think this was clear from your
10  previous testimony, but is the list of money
11  managers on Exhibit 1 current?
12  A     I believe so.  There might be a few
13  additions.
14  Q     For example, is Fox Asset Management
15  still a current money managers?
16  A     Yes, they're still money managers.
17  There has been no deletions.  Maybe a couple
18  of small additions; real estate, hedge funds.
19  Q     Are you responsible for filing the
20  Steelworkers tax returns every year?
21  A     No.  I review them.
22  Q     Do you retain an outside tax
23  specialist for that purpose?
24  A     No.  The accounting manager does that.

28

Hoffman

1   Q     To your knowledge, has the
2   Steelworkers Pension Trust filed its federal
3   and state tax forms every year for the last
4   five years or so?
5   A     Yes.
6   Q     Have the Steelworkers ever been the
7   subject of an audit, the pension trust?
8   A     By DOL?  We're audited every year by
9   our auditor as required by law.
10  Q     I mean by a government agency, either
11  DOL or the IRS or whatever.
12  A     Not for many years.
13  Q     When was the last time the
14  Steelworkers were the subject of an audit?
15  A     It had to be in the '70s.
16  Q     Let me just remind you again I think
17  we're still beginning to talk over each
18  other, and I think we're making life
19  difficult for our court reporter so just keep
20  that in mind.
21        You said seven years ago?
22  A     In the '70s.
23  Q     I apologize.
24        Has the Steelworkers Pension Trust

29

Hoffman

1   ever been the subject of any sort of
2   administrative investigation, for example, by
3   the SEC?
4   A     No.
5   Q     Has it ever been the subject of any
6   administrative investigation by some federal
7   agency other than the SEC?
8   A     No.
9   Q     What about a state agency?
10  A     No.
11  Q     Have you personally ever been
12  investigated by the SEC?
13  A     Not to my knowledge, no.
14  Q     Am I correct that you don't have any
15  prior criminal background?
16  A     None.
17  Q     Do you know why you're being deposed
18  today?
19  A     Yes.
20  Q     What is your understanding of why
21  you're being deposed today?
22  A     To determine whether the Steelworkers
23  Pension Trust is a suitable lead plaintiff.
24  Q     What does it mean to be a lead

Slimscript Copy:  IN RE: VEECO INSTRUMENTS, INC.: RICHARD S. HOFFMAN, 12/8/2005

30

Hoffman

1    plaintiff in a securities action?
2    A    A lead plaintiff is very similar to
3    what we do.  Of course, all of us who have
4    responsibilities for the Steelworkers Pension
5    Trust or fiduciaries under ERISA have a
6    tremendous fiduciary responsibility, and that
7    is what I analogize to being lead plaintiff.
8        You have to act in a fiduciary
9    capacity for other members of the class.  You
10   have to make sure that any settlements that
11   are proffered are reasonable and suitable.
12   You have to make sure that the fees and
13   expenses charged by plaintiff's counsel are
14   fair and reasonable.  You have to make
15   yourself available to testify for depositions
16   and in court.  You have to gather all kinds
17   of information by being fiduciary for all the
18   other class members.
19   Q    Who within the Steelworkers Pension
20   Trust would be responsible for ensuring that
21   the Steelworkers fulfill the fiduciary duties
22   that you just described?
23   A    Me.
24   Q    Would anyone else within the

31

Hoffman

1    Steelworkers Pension Trust share those
2    responsibilities?
3    A    Perhaps my assistant.  He's not a
4    lawyer, but he's going to law school.
5    Q    Is it your understanding that the
6    Steelworkers Pension Trust is somehow
7    obligated to serve or attempt to serve as a
8    lead plaintiff in certain securities actions
9    in order to fulfill its fiduciary duties to
10   its members?
11   A    No, we're not obligated to serve as
12   lead counsel.
13   Q    What are the advantages of the
14   Steelworkers Pension Trust of serving as a
15   lead plaintiff in a securities action?
16   A    Well, we have been and are presently
17   members of classes in many securities
18   litigation, and we have no idea what is going
19   on until we get a statement of, "Here is what
20   you're going to get if you want it."
21       So the advantage is keeping abreast of
22   what is going on and to some extent being
23   able to influence it.
24   Q    Influence litigation in what manner?

32

Hoffman

1    A    Counsel keeps us advised, and perhaps
2    we would make suggestions.  Just knowing what
3    is going on gives you the ability to
4    influence it to some degree.
5    Q    How many securities litigations in the
6    last five years have the Steelworkers sought
7    to be named as lead plaintiff?
8    A    How many?
9    Q    Yes.
10   A    Just one, I believe.
11   Q    Are you referring to the current
12   litigation?
13   A    No, besides this one.
14   Q    Which litigation are you referring to?
15   A    WorldCom Bond.
16   Q    Were the Steelworkers, in fact, named
17   as lead plaintiff in that action?
18   A    No, the whole action was dropped.
19   We're getting some money out of WorldCom
20   Bond, but it's through the SEC.
21   Q    When you say the action was dropped,
22   you mean that it was dismissed by the court?
23   A    No, something else happened.  I forget
24   exactly.

33

Hoffman

1    Q    Was the lead plaintiff ever named in
2    that action?
3    A    No, there was never any class action
4    as far as I know.
5    Q    Do you know whether the court refused
6    to certify a class in that action?
7    A    No, I don't.  I don't remember.
8    Q    What is your understanding of what a
9    class action is?
10   A    It's sort of a device to save court
11   time, to reduce costs when you have a lot of
12   people allegedly injured by an action, and
13   they're all in the same position and they all
14   have essentially the same claim, the only
15   difference being the extent of your damages.
16   Then you can qualify as a class and sort of
17   pool your resources and cut down the cost of
18   litigation, and it's helpful to the courts
19   because it eliminates multiple litigation of
20   the same issue.  Instead of having a hundred
21   cases on the same issue or a thousand or
22   2,000, you'll have just one.
23   Q    Can you define for me the class of
24   persons that the Steelworkers are seeking to

34

```
 1              Hoffman
 2  represent in this action?
 3  A      The class of persons?  Anybody who
 4  invested in VEECO securities during the
 5  period involved and lost money.
 6  Q      Do you know what the period involved
 7  is?
 8  A      I think it was 2004.
 9  Q      Do you know the specific dates?
10  A      No.  I don't remember.  I've seen it,
11  but I don't remember.
12  Q      Do you know if there are any other
13  lead plaintiffs in this action other than the
14  Steelworkers Pension Trust?
15  A      As far as I know, we're the only lead
16  plaintiff.
17  Q      You mentioned before that one of the
18  advantages of being a lead plaintiff in your
19  view is that it allowed the Steelworkers to
20  stay abreast of actions in which it had an
21  interest, correct?
22  A      Correct.
23  Q      Do you receive documents relating to
24  this litigation from your counsel that
25  assists you in keeping abreast of the action?
```

35

```
 1              Hoffman
 2  A      Oh, yes.
 3  Q      Approximately how often do you receive
 4  documents from lead counsel?
 5  A      Frequently.
 6  Q      Can you give me some sense of what you
 7  mean by frequently?
 8  A      I would say every quarter, at least.
 9  Q      Who is your main contact at your
10  counsel's office?
11  A      Phyllis Parker.
12  Q      Do you know which court the action is
13  currently pending in?
14  A      I believe it's the Federal District
15  Court for New York.
16  Q      Do you know who the judge is?
17  A      McMahon.
18  Q      Do you know whether the courts issued
19  any written decisions in this case to date?
20  A      I think so.
21  Q      Do you know what those decisions
22  related to?
23  A      I think one was -- I don't know if the
24  class has been certified.  If the class has
25  been certified, we're named as lead
```

36

```
 1              Hoffman
 2  plaintiff, I believe.
 3  Q      That is your understanding as to what
 4  that opinion related to was the certification
 5  of the class?
 6  A      Yes.
 7  Q      Do you know who Michael Weiss is?
 8  A      Yes, he was an officer in VEECO.
 9  Q      Do you know who John Kiernan is?
10  A      Yes, he was also an officer.
11  Q      Do you know whether they are currently
12  defendants in the action?
13  A      Those two are, yes.
14  Q      Did you review the consolidated
15  amended client that was filed in this action?
16  A      Yes.
17  Q      The consolidated amended complaint
18  refers to a number of confidential witnesses;
19  do you recall them?
20  A      I know there are confidential
21  witnesses.
22  Q      Have you ever spoken to them?
23  A      Me?  No.
24  Q      Has anyone at the Steelworkers ever
25  spoken to these confidential witnesses?
```

37

```
 1              Hoffman
 2  A      Not to my knowledge.
 3  Q      Do you know the identity of the
 4  confidential witnesses?
 5  A      No, I don't.
 6  Q      Does the Steelworkers Pension Trust
 7  have any current judgments against it?
 8  A      No.
 9  Q      Is a Steelworkers Pension Trust a
10  creditor in any outstanding judgments or
11  liens?
12  A      Yes.
13  Q      Which ones?
14  A      Oh, I don't know.  We handle -- I
15  handle literally hundreds of delinquencies
16  every year.  Many of those go to judgment,
17  and I usually then file them in the state
18  court of the county where the employer is
19  located so we have lots of liens against
20  employers all over the country.  If you'd
21  like, I'll sell them to you very reasonably.
22  Q      I have no interest in speculating in
23  Steelworkers' debt.  Thank you for the offer.
24         Do you have any outstanding judgments
25  or liens other than against employer
```

Hoffman

delinquencies?

A Other than those involved in employer delinquencies, none.

Q Do you have a general understanding of the Steelworkers Pension Trust overall investment portfolio?

A Yes.

Q Percentage of the Steelworkers investment portfolio is invested in equities?

A 70 percent.

Q Is the remainder invested in debt?

A Yes.

Q You seem quite sure of those percentages. Is that mandated by some by-laws or something of the trust?

A Well, the allocation of your investments is one of the key things in fulfilling the trustees' fiduciary obligations to make prudent investments. Asset allocation is where you start.

So asset allocation is reviewed almost annually. Although we haven't changed it in many years, we spent a lot of money reviewing asset allocation, so that's very important.



Hoffman

That is where you start, where the asset allocation is, 70/30.

Q For how long has the asset allocation been 70 percent equity and 30 percent debt?

A For at least fifteen years.

Q I'll ask this question generally, and you can tell me if it is different for different money managers:

Are the Steelworkers Pension Trust money managers allowed to make investment decisions on behalf of the Steelworkers Pension Trust without the Steelworkers Pension Trust's approval?

A Yes.

Q Is that true for every one of the money managers listed on Exhibit 1?

A Yes.

Q How common is it for a money manager to consult with the Steelworkers Pension Trust about a particular investment?

A It is extremely uncommon and discouraged.

Q Why is it discouraged?

A Because the trustees are seeking



Hoffman

insulation. The trustees do not want to be responsible for investments that go sour, and the way you do that in accordance with the law is that you select qualified certified money managers. You're very careful in selecting, making sure you're getting good ones, and then you have a duty to monitor them. And if you do that, you're thereby insulating yourself as a trustee.

If the money manager makes important investments like this one, VEECO, and some disgruntled participants were to sue for breach of fiduciary duty, trustees would show we didn't breach our fiduciary duty, we selected -- carefully selected a money manager, we monitored with a recorder and things happened, but we're not responsible for investments that go sour because we don't actually make the investment decision. The money manager has the responsibility.

Q Who is responsible for monitoring the performance of the money managers?

A The trustees.

Q As a group or as a specific



Hoffman

individual?

A No, as a group.

Q What metrics do the trustees use to measure performance of the money managers?

A We hire an outfit that measures performance that submits quarterly reports to the trustees for each money manager.

Q What is the name of the outfit you're describing?

A Richard D-A-H-A-B & Associates.

In addition, each money manager makes at least an annual appearance before the board of trustees. Performance of money manager is reviewed by Mr. Dahab, and the trustees will question the representatives of the money manager and ask him embarrassing questions, et cetera.

I might add one additional thing. Any major change is brought immediately to the attention of the board of trustees, a key person will leave the money manager, the person that Mr. Dahab and others think is the key guy, and they will notify the trustees immediately and the trustees have on occasion

Slimscript Copy:  IN RE: VEECO INSTRUMENTS, INC.: RICHARD S. HOFFMAN, 12/8/2005

---

42

Hoffman

1
2  taken immediate action to dismiss that money
3  manager, because the reason they hired the
4  money manager is because of this gentleman
5  who has now left and gone somewhere else.
6  Q    Do you attend the meetings where money
7  managers make the annual appearance before
8  the board of trustees?
9  A    Yes, I do.
10 Q    Do you attend all meetings of the
11 board of trustees?
12 A    Yes, I do.
13 Q    Do these annual appearances occur
14 seriatim, all on one day or at various time
15 during the year?
16 A    All on one day.  They devote the
17 entire day.  Meetings are two days.  First
18 day is just for money managers.  The second
19 day it's called a business meeting.  That is
20 twice a year.
21 Q    When do those meetings take place?
22 A    In June and December.
23 Q    You mentioned an employee of Fox Asset
24 Management that was the Steelworkers contact
25 person.  I confess that I have lost his name.

---

43

Hoffman

1
2  I think it was Sincowitz (phonetic)?
3  A    Yes.
4        MR. STOCK:  For the record, the
5        actual name is Peter
6        S-K-I-R-K-A-N-I-C-H.
7  Q    Do you recall the last time
8  Mr. Skirkanich or anyone else from Fox Asset
9  Management appeared before the board of
10 trustees?
11 A    Yes, about three weeks ago.
12 Q    Is this in connection with the
13 December meeting you referred to earlier?
14 A    Yes.
15 Q    Was there any discussion of the
16 Steelworkers investment in VEECO Instruments
17 during that meeting?
18 A    It was mentioned.
19 Q    What was discussed?
20 A    That we were participating in a class
21 action to recover some of the money that we
22 lost on VEECO investment by Fox management.
23 Q    Was there anything else discussed
24 concerning that investment?
25 A    None.

---

44

Hoffman

1
2  Q    Are minutes kept of the board of
3  trustees meetings?
4  A    Minutes are kept of the business
5  meeting but not of the investment managers'
6  review.  What we do is the investment
7  managers will prepare a written presentation,
8  besides an oral presentation, and we keep
9  their written presentations.
10 Q    Did Fox Asset Management make a
11 written presentation in December?
12 A    Yes.
13 Q    Did you receive those written
14 materials?
15 A    Yes.
16 Q    Did they make any reference to the
17 Steelworkers investment in VEECO Instruments?
18 A    No.
19 Q    Did anyone from Fox Asset Management
20 appear at any other meetings of the board of
21 trustees at any point in time in the last two
22 years other than the meeting you just
23 described?
24 A    Yes, they appear once a year.
25 Q    So they appeared at the previous

---

45

Hoffman

1
2  December?
3  A    Yes.
4  Q    Was there any discussion of the
5  Steelworkers investment in VEECO Instruments
6  during that previous meeting which I gather
7  was probably the end of 2004?
8  A    I don't remember if there were or were
9  not.
10 Q    Did anyone else attend that meeting at
11 the board of trustees on behalf of Fox Asset
12 Management other than Mr. Skirkanich?
13 A    Yes.  He's always accompanied by
14 another gentleman whose name escapes me.
15 Q    Is Mr. Skirkanich a principal of Fox
16 Asset Management?
17 A    I believe so.
18 Q    What is currently the Steelworkers
19 Pension Trust's largest equity investment?
20 A    I don't know.
21 Q    Do you know their approximate size of
22 the Steelworkers' largest equity investment?
23 A    It can't be more than five percent.
24 Q    Of the overall funds?
25 A    Of the overall funds.

---

46

Hoffman

2 Q    Do you know if any of the current
3 investments approach the five percent level?
4 A    None come close.
5 Q    Do you know the approximate percent of
6 the largest investment?
7 A    No.
8 Q    Are any of the investments in excess
9 of one percent of the Steelworkers Pension
10 Trust overall funds?
11 A    I would say yes, but I'm not
12 absolutely sure about that. The money
13 managers implicate each other in certain
14 investments.
15 Q    At the end of, say, 2004 what
16 percentage of the Steelworkers' overall
17 investment funds were represented by its
18 investment of VEECO Instruments?
19 A    The end of 2004? None, I believe. At
20 this time we had sold -- I really don't know.
21 I believe that it had been sold.
22 Q    I'll show you some documents in a
23 minute that will hopefully refresh your
24 recollection as to the timing of certain
25 transactions with VEECO stock.

47

Hoffman

2    Does the Steelworkers Pension Trust
3 ever buy securities on margin?
4 A    No.
5 Q    Is the Steelworkers Pension Trust
6 restricted from buying securities on margin
7 as a result of some sort of internal bylaws?
8 A    Yes.
9 Q    What is the source of that
10 restriction?
11 A    It will be considered a nonprudent
12 investment to buy on margin, although they're
13 allowed to borrow money, the trustees, upon
14 advice of counsel, upon review of the cases
15 has decided it's imprudent to buy on margin,
16 to borrow money to invest.
17 Q    Is that decision or investment
18 philosophy memorialized in any sort of
19 written document?
20 A    I don't remember.
21 Q    I guess what I'm asking is, is the
22 Steelworkers Pension Trust somehow restricted
23 from investing its security on margin or
24 could they do it tomorrow if they felt like
25 it?

48

Hoffman

2 A    The declaration of trust gives the
3 trustees the authority to borrow money. I
4 would say that gives them the authority to
5 buy on margin. So I think they have the
6 authority, but they have heretofore decided
7 that it would be imprudent to do that.
8 Q    Do I take it from your testimony that
9 the Steelworkers Pension Trust in your memory
10 has never purchased securities on margin?
11 A    Never.
12 Q    Have you ever spoken to Mr. Skirkanich
13 other than whatever communications you may
14 have had in connection with these board of
15 trustees meetings?
16 A    I might have called him about
17 something I didn't understand in his report
18 or in Dahab's report. I don't remember
19 specifically. I do that all the time, so --
20 or he might have called me about something.
21 Q    Why would you have been calling
22 Mr. Skirkanich about questions you had about
23 his report?
24 A    Because when I write the minutes,
25 sometimes I will go over something that the

49

Hoffman

2 trustees in the business meeting have said
3 about Fox Asset Management, and if I'm not
4 clear, I'll call him.
5    I may have done that. I do that
6 frequently. Whether I specifically have done
7 it with him, I don't remember, but it's not
8 uncommon for me to do that.
9 Q    How long do you keep minutes of the
10 semiannual meetings of the board of trustees?
11 A    Since 1958.
12 Q    Was Fox Asset Management discussed
13 during the most recent business meeting of
14 the board of trustees?
15 A    Yes.
16 Q    What was the substance of that
17 discussion?
18 A    Well, every money manager is
19 discussed, the question being should we or
20 should we not retain them, because Dahab will
21 make a recommendation and the trustees will
22 then consider the recommendation. So each
23 meeting, a positive decision is made on each
24 money manager as whether to retain them, give
25 them more money or take some money away from

---

**50**

Hoffman

2 them, so their performance was discussed.
3 Q    Are Mr. Dahab's recommendations always
4 followed?
5 A    No, they're not.
6 Q    You're laughing. I gather there is a
7 story behind that?
8 A    No, his recommendations usually were
9 not followed all the time. I don't know what
10 his batting average is, but it's over 300, I
11 believe.
12 Q    Are you implying that he is more
13 critical of the money managers in the board
14 of trustees or less critical?
15 A    Much more critical.
16 Q    Has he ever issued a critical report
17 of Fox Asset Management?
18 A    No, not to my knowledge.
19 Q    You said that you may have spoken to
20 Mr. Skirkanich at some point outside of these
21 annual meetings.
22     Do you have a specific recollection of
23 a contact with him?
24 A    No, I don't. When I do speak to these
25 gentlemen, it's nothing monumental. It's

---

**51**

Hoffman

2 just to clear up something in their report or
3 something I don't understand which I need to
4 understand to make sensible minutes.
5 Q    What is the nature of the reports that
6 the money managers provide to the board of
7 trustees?
8 A    They review their performance and give
9 excuse for poor performance and pat
10 themselves on the back for good performance.
11 Q    Did any of the reports provided by Fox
12 Asset Management during the last three years
13 reference the Steelworkers Pension Trust
14 investment in VEECO Instruments?
15 A    It was. I don't remember exactly
16 when, but it was noted that we had lost money
17 with VEECO.
18     MR. WALLIN: I ask that that
19     document be produced. I ask that that
20     document be collected and produced as
21     soon as possible.
22     MR. STOCK: We will attempt to
23     do that, we also ask that any document
24     request be put in writing.
25     MR. WALLIN: That's fine, but

---

**52**

Hoffman

2     given the short time frame we have for
3     this motion, I will send you the
4     letter tomorrow. I think it was
5     probably covered by our initial
6     document request in any event.
7 REQUEST NOTED:
8 Q    Do you recall approximately when the
9 Steelworkers Pension Trust received the
10 report that you're referring to?
11 A    No.
12 Q    Is it currently in your files, the
13 document you were referring to?
14 A    Yes.
15     MR. WALLIN: Hopefully that
16     will make locating it easier.
17 Q    Does the Steelworkers Pension Trust
18 ever purchase options?
19 A    No -- oh, well, excuse me. The hedge
20 funds do options.
21 Q    By hedge funds, you're referring to
22 Peregrine listed on Exhibit 1?
23 A    I think that's the only one.
24 Q    How long has Peregrine been a money
25 manager of the Steelworkers Pension Trust?

---

**53**

Hoffman

2 A    I don't recall.
3 Q    Less than five years?
4 A    Yes.
5 Q    How do you know that Peregrine invests
6 on options on behalf of the Steelworkers?
7 A    If I'm correct that Peregrine is a
8 hedge fund, hedge fund part of their strategy
9 is to deal in options to sell short. They
10 hedge, so I assume that they do options.
11 Q    I understand you're not a money
12 manager, but what is your understanding of
13 what the advantage can be for an investor
14 investing in options as opposed to just
15 purchasing securities outright?
16 A    I don't know. I mean, obviously they
17 think they can make a greater return, but the
18 mechanics I'm not sure of.
19 Q    Does the Steelworkers Pension Trust
20 invest in options through any money manager
21 other than Peregrine?
22 A    The Steelworkers Pension Trust does
23 not invest in options other than those that
24 the hedge funds might do.
25 Q    Are the non-hedge fund money managers

---

54

Hoffman

1  prohibited from investing in options on
2  behalf of the Steelworkers?
4  A    Yes.
5  Q    Is that memorialized in some sort of
6  investment management agreement for each
7  money manager?
8  A    In each agreement with money managers
9  they state their investment philosophy, and
10 these do not include options.
11 Q    Do you draft those agreements?
12 A    I draft everything except the
13 investment philosophy of the money manager
14 which the money manager drafts.
15 Q    How does the Steelworkers Pension
16 Trust select money managers?  Are they
17 solicited?
18 A    First the decision is made on what
19 kind of money manager, whether they want a
20 value manager, a growth manager, a bottom up,
21 top down, small or large cap.  So you decide
22 the style that they're seeking or replacing
23 someone with this particular style.
24     Then Dahab will suggest perhaps six or
25 nine money managers who have that style who

56

Hoffman

1  particular time, and they take one or two of
2  the best performing companies in that sector.
4     For example, a bottom-up manager would
5  today look at airlines.  The airline sector
6  is not doing well, and they select a couple
7  of airlines who might be making money, the
8  best of the group, to invest in those.
9  Q    Am I correct that the Steelworkers
10 Pension Trust investments in VEECO
11 Instruments was, in fact, made through Fox
12 Asset Management?
13 A    Yes.
14 Q    Do you regard VEECO Instruments as a
15 large cap stock?
16 A    No, I don't.  My opinion, of course,
17 means nothing.
18 Q    You're the representative of the
19 Steelworkers.  That means something.
20 A    I have nothing to do with investments.
21 Q    Is it your understanding that Fox
22 Asset Management's investment on behalf of
23 the Steelworkers in VEECO Instruments was
24 somehow inconsistent with that money
25 managers' investment philosophy?

55

Hoffman

1
2  has good performance, and a subcommittee
3  chosen by the trustee will interview the
4  managers and cut them down to three, and
5  those three will appear before the board and
6  the board will make a decision.
7  Q    Does the Steelworkers Pension Trust
8  try to have a certain number of money
9  managers retained at any one given point in
10 time?
11 A    No.
12 Q    Is the investment philosophy different
13 for different money managers, I gather from
14 your response?
15 A    Yes.
16 Q    Do you recall what the investment
17 philosophy was for Fox Asset Management?
18 A    They describe themselves as a large
19 cap value, bottom-up manager.
20 Q    What does that mean?
21 A    Well, large cap, large capital
22 corporation.  Value is that they're seeking
23 short-term increase in the price of the
24 securities they buy.  Bottom-up means they
25 take a sector that's not doing well at a

57

Hoffman

1
2  A    No.
3  Q    Do you regard VEECO as a small cap
4  company?
5  A    Well, the way we have them listed is a
6  large cap value; however, it appears --
7  before this VEECO thing, their idea of large
8  cap wasn't the same as perhaps others.  It's
9  a loose term.
10 Q    Has there been any discussion, to your
11 knowledge, between the Steelworkers Pension
12 Trust and Fox Asset Management within the
13 last two years as to what Fox Asset
14 Management understood the term "large cap" to
15 mean?
16 A    Not to my knowledge.
17 Q    When you said that the Steelworkers
18 Pension Trust had VEECO Instruments listed,
19 as I think you said, a large cap growth
20 investment --
21 A    Not VEECO.  We had Fox.
22     MR. STOCK:  He also didn't say
23 growth investment.
24     MR. WALLIN:  I'm sorry.
25 "Value" is what he said.

58

Hoffman

2 Q    When you said you had them listed in
3 that manner, were you referring to some sort
4 of document?
5 A    Yes, the document given to us by Rich
6 Dahab categorizes.
7       THE WITNESS:  May I have a
8 break?
9       MR. WALLIN:  You may certainly
10 have a break.
11      (Brief recess was taken.)
12 Q    Do you know when the Steelworkers
13 first invested in VEECO Instruments?
14 A    As I recall, it was sometime in 2003.
15      MR. WALLIN:  Let's mark a
16      document.  It will be easier to do it
17      with a document.  I'm going to mark as
18      Exhibit 2 VEECO Instruments' 10-K for
19      the fiscal year ending December 31,
20      2003.
21      (Whereupon VEECO Instruments'
22      10-K form for fiscal year ending
23      December 31, 2003 was marked as
24      Exhibit 2 for identification, as of
25      this date.)

59

Hoffman

2 Q    Mr. Hoffman, do you recognize this
3 document as VEECO's 10-K for 2003?
4 A    No.
5 Q    Do you have any reason to believe that
6 it's not VEECO's 10-K for 2003?
7 A    No.
8 Q    Take a look, if you would, at -- it's
9 page 16 of the filing, and it's listed as
10 page 15 of 82 on the top right-hand corner.
11 A    16, are you saying?
12 Q    It's page 16 of the filing, but it's
13 listed as page 15 of 82 on the top right-hand
14 corner.
15      Do you see the net income described
16 about ninety percent of the way down on this
17 particular page?
18 A    Yes.
19 Q    Does that indicate to you that VEECO
20 had a negative net income for the years
21 ending 2003 and 2002?
22 A    Yes.
23 Q    Does that indicate to you that VEECO
24 Instruments was a questionable investment?
25 A    Not for Fox.

60

Hoffman

2 Q    Why not?
3 A    Because they're bottom up.  They'll
4 take the sector that's not doing well, which
5 high tech wasn't during those years, and
6 select or guess among that sector who has the
7 best potential for growth.  So this would be
8 right in line with their philosophy.
9 Q    How would you describe the industry in
10 which VEECO Instruments operates?
11 A    Well, as best I can describe it, it's
12 a high-tech support industry.  It
13 manufactures or produces systems and devices
14 that other high-tech manufacturers use.
15      For example, LED's, those outfits that
16 make LED's for cell phones and various other
17 devices, VEECO provides the coding system for
18 processor device.  It's the high tech within
19 the high tech, I would say.
20 Q    Is it your understanding that VEECO's
21 financial performance depends in large part
22 on how successful the technologies are that
23 it's developing?
24 A    I think when high technology -- when
25 that sector is doing well, they will do well.

61

Hoffman

I'm no expert, but that would be my opinion,
2 that they ride and fall with the sector.
4 Q    Is it your understanding that the
5 performance of VEECO stock has largely
6 tracked the overall performance of the
7 high-tech sector?
8 A    Well, I think generally that has been
9 the case.
10 Q    Have you become aware of any facts in
11 the last two years that have caused you to
12 believe that the technologies that VEECO most
13 heavily invested in will not prove to be
14 usable or worthwhile?
15 A    No, I would believe it's the opposite.
16 As long as they remain high tech, it changes
17 every year, they will always be a good growth
18 industry.
19 Q    What do you mean by a growth industry?
20 A    I mean that the value of the shares
21 will grow.
22 Q    Am I correct that losses during a
23 particular year are, to your understanding,
24 not particularly unusual for a growth
25 company?

62

Hoffman

1
2  A    I believe that to be true of that
3  industry and every industry.
4  Q    Do you know what the Steelworkers
5  Pension Trust's expectations were with
6  respect to appreciation of capital with
7  regard to its investment in VEECO
8  Instruments?
9  A    I believe that the trustees do not
10  focus on a particular investment.  They like
11  to make at least what they call their bogie,
12  which is the earnings assumption that the
13  actuary makes.
14      During these years it was about seven
15  percent, the years of 2000, 2001 2002, 2003,
16  2004.  I think it's lower now, but their goal
17  is to exceed what the actuary predicts based
18  on his productions on.  As long as they make
19  more than that, they're in the good.  It's
20  disastrous to make less than that.
21  Q    Are you referring now to the aggregate
22  performance of all the money managers?
23  A    The whole portfolio, yes.
24  Q    I gather from your previous testimony
25  that the Steelworkers Pension Trust may use

63

Hoffman

1
2  different money managers for different
3  investment purposes; is that correct?
4  A    Yes.
5  Q    Are some of the money managers
6  expected to invest in riskier and potentially
7  higher investment returns than others?
8  A    No, not necessarily.  The
9  differentiation between equity money managers
10  is not driven by one money manager being
11  riskier than another.  I'm sure if anybody
12  was considered risky, money manager would not
13  even consider it.
14  Q    I wasn't intending to suggest that
15  high risk would necessarily be a bad
16  investment.  A high-risk investment can be
17  high reward -- you can get a high reward
18  associated with a higher risk.
19  A    Well, that's not proper for a pension
20  fund.
21  Q    That is essentially what I was asking
22  you is whether any of the money managers were
23  expected to invest in higher risk and
24  potentially higher return stocks than others.
25  A    No, I and the trustees would consider

64

Hoffman

1
2  that as being imprudent.
3  Q    How exactly does the investment
4  philosophy differ with money managers?
5  A    Well, it's their style.  Generally the
6  money managers know that -- all pension
7  trustees seek to protect, retain principal
8  and yet a moderate amount of growth, six,
9  seven percent growth.
10      What differs between the money
11  managers is their style value as to growth,
12  bottom up, top down, contrarient.  They
13  allege they have particular style of
14  approaching this, so the trustees expect to
15  get a diversity of style.
16  Q    I take it it's not the Steelworkers
17  Pension Trust's expectation that investments
18  through certain money managers will be more
19  volatile than others?
20  A    No.
21  Q    Or it's not their hope?
22  A    No.
23  Q    What is the actual hold period for an
24  equity investment by the Steelworkers?
25  A    It's pretty long.  I don't know

65

Hoffman

1
2  exactly, but it's -- some money managers have
3  very little turnover, and it ranges from very
4  moderate turnover to -- very little turnover
5  to moderate turnover.
6      A money manager that has a lot of
7  turnover that almost borders on churning
8  would be dismissed, because you can't make
9  any money doing that.  You can make a lot of
10  brokers' fees, but you don't make any money
11  for your client.
12  Q    What would the average hold period be
13  for investments through money manager that
14  you describe as moderate turnover?
15  A    I would say almost a year.  That's
16  ruling out catastrophic, like what happened
17  with VEECO when they restated their earnings.
18  Something catastrophic like that can cause
19  them to panic and get out.  You would hope
20  not, but -- or they have some inside
21  information is going to happen, they might do
22  something, but they usually hold an
23  investment until it meets the money managers'
24  expectation whether it's going to go up in
25  value.  During this certain period of time

66

Hoffman

1
2 they hold it to see if their guess is good.
3 Q    Am I correct that the average hold
4 period for money managers that you would
5 describe as low turnover would be in excess
6 of a year?
7 A    Oh, yes. For example, Torray has held
8 investments for twenty years.
9 Q    Does the board of trustees do anything
10 to monitor its investments in individual
11 stocks after they're made?
12 A    Will you restate that?
13 Q    Does the board of trustees do anything
14 to monitor its investment in individual
15 stocks after they're made?
16    For example, if the Steelworkers
17 Pension Trust held a comparatively large
18 investment in General Electric, would you
19 expect the board of trustees to somehow
20 monitor the financial performance of General
21 Electric while the investment was
22 outstanding?
23 A    Yes. We have a heavy position in
24 stocks, five percent. Dahab will cut that
25 out perhaps orally. I don't know if he'll do

67

Hoffman

1
2 it in writing and comment that you hold a lot
3 of VEECO and you better look at it; I don't
4 think it's going to do well.
5    Then they ask the money manager who
6 held it, he will do that on occasion when
7 we get a large commitment to a particular
8 stock, but that's very infrequent.
9    MR. WALLIN: Off the record.
10    (Whereupon, a discussion was
11    held off the record.)
12 Q    I believe you said that Mr. Dahab
13 provided reports to the board of trustees on
14 a quarterly basis; was that correct?
15 A    Yes.
16 Q    What is the nature of the reports that
17 he provides?
18 A    He -- in those reports the performance
19 of each money manager will be tracked what
20 they did during that quarter, what they did
21 year to date, what they did in the last five
22 years for each money manager, and then he'll
23 do an overall how the trust did, overall for
24 that quarter.
25 Q    How long is this document typically

68

Hoffman

1
2 that you receive on a quarterly basis?
3 A    Two inches thick.
4 Q    Does every member of the board of
5 trustees receive it?
6 A    Yes.
7 Q    I take it you receive it as well?
8 A    Yes.
9 Q    Is it your practice to review it when
10 you receive it?
11 A    No.
12 Q    Is it the practice of the board of
13 trustees to review it when they receive it?
14 A    I imagine they do. I thumb through it
15 and check with the other supervisors who go
16 through it to determine whether there is
17 anything really something we should be
18 concerned about and make sure we bring it to
19 the attention. Something like that happens,
20 Dahab will do that, but I can't say I
21 religiously reviewed them.
22 Q    When you say he'll do that, you mean
23 contact the board?
24 A    If something catastrophic is in the
25 wind, as I mentioned before, he will

69

Hoffman

1
2 immediately bring that to the attention to
3 the board.
4 Q    Do you remember the last time that he
5 brought a catastrophic event, as you
6 described it, to the board's attention?
7 A    No.
8 Q    Are you aware that VEECO restated its
9 earnings?
10 A    Yes.
11 Q    Did he bring that to the board's
12 immediate attention?
13 A    I don't remember, quite frankly.
14 Q    Do you regard Mr. Dahab as the person
15 responsible for monitoring the Steelworkers'
16 investments?
17 A    I would cast it differently. He is
18 responsible for measuring the performance of
19 the money managers and making suggestions to
20 the trustees as to possible changes in the
21 amount of money or getting rid of the
22 manager.
23    It's the trustees who do the
24 monitoring. They make the decision, they
25 mull over the raw data that Dahab gives him.

70

Hoffman

1  Hoffman
2  He's primarily a measurer.
3  Q    How is Fox Asset Management performed
4  for the Steelworkers Pension Trust as
5  compared to the trust's other investment
6  advisors?
7  A    It's been acceptable.  They're still
8  around.
9  Q    Will you describe them as a top
10 performer?
11 A    No.  It's hard to describe anybody
12 today as a top performer.
13 Q    By top performer, I mean top performer
14 as compared to the other money managers.
15 A    They are not top.  I don't know who
16 is, but I'm pretty sure it's not Fox.
17 Q    Would you describe them as middle of
18 the pack?
19 A    I would describe them as being
20 satisfactory performing.
21 Q    You said that before.  I'm trying to
22 understand what that means in terms of how
23 they compared to the other money managers.
24 A    It means that their performance
25 measured against certain universes has been

71

1  Hoffman
2  superior.  They do better than the S&P.  They
3  do better than some other vehicles.  That's
4  what we're paying them for.
5     If the money manager doesn't do better
6  than the S&P, then we're wasting money.  We
7  get rid of them.  So when I say their
8  performance is satisfactory, it is they're
9  out-performing on a long-term basis the
10 various universes against which you measure
11 performance.
12 Q    Do you make any attempt to personally
13 monitor the trust investments other than
14 attending board meetings and whatever review
15 you do of Mr. Dahab's reports?
16 A    No.
17 Q    Do you ever consult with individual
18 board members about particular investments?
19 A    No.
20 Q    When did you first hear of a company
21 called VEECO Instruments?
22 A    I think it was earlier this year when
23 they restated, they announced a restatement
24 of earnings.  It was brought up as a danger
25 sign.

72

Hoffman

1  Hoffman
2  Q    Were you aware prior to that time that
3  the Steelworkers Pension Trust had an
4  investment in VEECO Instruments?
5  A    Probably not.
6  Q    How many different companies does Fox
7  Asset Management invest in on behalf of the
8  Steelworkers Pension Trust at any given
9  point?
10 A    I have no idea.  I don't know.
11 Q    Could you even give me a ballpark
12 estimate?
13 A    I would say that they would have, at
14 most, twenty names.
15 Q    Is that a typical number of
16 investments for one of the funds' money
17 managers?
18 A    Yes.
19 Q    How did you first learn about the
20 restatement?
21 A    It was brought to our attention by, I
22 believe, Dahab.
23 Q    When was it brought to your attention
24 by Mr. Dahab?
25 A    As I recall, it was shortly after it

73

1  Hoffman
2  was announced.
3  Q    Did he call you on the phone?
4  A    I don't know if he called me or
5  somebody.  I don't think he called me
6  directly.  He might have made it known to the
7  chairman or some of the trustees or to
8  another -- we also have what we call a
9  pension monitor who acts as sort of an
10 advisor.  Howard K-L-U-T-T-Z, he works for
11 Oppenheimer.  He might have brought it to
12 Mr. Kluttz's attention or brought it to the
13 chairman's attention.
14 Q    How did you hear about it?
15 A    I don't remember exactly.
16 Q    Can you explain for me what
17 Mr. Kluttz's exact role is for the
18 Steelworkers?
19 A    He helps the trustees interview
20 potential money managers.  Although he's not
21 engaged as a measurer, he and his staff also
22 measure performance and report to the
23 trustees, but his general function with the
24 trustees is in the selection of money
25 managers.

Slimscript Copy:  IN RE: VEECO INSTRUMENTS, INC.: RICHARD S. HOFFMAN, 12/8/2005

74

Hoffman

2  Q     How long has he served in that
3  capacity for the Steelworkers?
4  A     Thirty years.
5  Q     When you say that he measures
6  performance with respect to the Steelworkers
7  investments, do you mean he makes some sort
8  of regular report to the board similar to
9  Mr. Dahab's report?
10  A     He makes a report, not as detailed,
11  but similar to Mr. Dahab.
12  Q     Does he make these reports on a
13  quarterly basis as well?
14  A     No -- wait a minute.  I don't know.  I
15  know he makes them at the meetings, but I
16  don't believe he makes it quarterly as
17  Mr. Dahab does.
18  Q     Are these oral or written reports?
19  A     He has all kinds of written documents
20  he presents.
21  Q     Does he provide those written
22  documents to the board members during these
23  meetings?
24  A     Usually, yes.  Sometimes he'll have a
25  PowerPoint presentation.  Sometimes he will

75

Hoffman

2  have that.
3  Q     Do you receive copies of whatever
4  documents he provides to the board?
5  A     Probably.  I don't gather those
6  deciduously as Mr. Dahab, but I think
7  generally we will file his reports, but we're
8  not as concerned with his reports as we are
9  with Mr. Dahab's reports.
10  Q     What is the purpose of having
11  Mr. Kluttz measure performance in addition to
12  Mr. Dahab?
13  A     He just does it on his own.
14  Q     I assume he must be compensated?
15  A     Not for that, no.
16  Q     Perhaps I should give him a call.
17      Do you know whether any of
18  Mr. Kluttz's reports over the last two to
19  three years refer to the Steelworkers'
20  investment in VEECO Instruments?
21  A     No.  I'm sure it's listed as an
22  investment, but anything more than that I
23  couldn't tell you.
24  Q     Do you keep those reports in your file
25  as well?

76

Hoffman

2  A     Yes.
3  Q     How far back in your file do you
4  maintain Mr. Kluttz's reports and Mr. Dahab's
5  reports?
6  A     We should have all of them.  Now,
7  remember I said I don't deciduously retain
8  Mr. Kluttz's measuring reports because that's
9  not really his job, and I'm not sure why he
10  does it.  We focus on Mr. Dahab who is paid
11  to do it.  His expertise is in that area.
12  Q     Is there some central file at the
13  Steelworkers offices where these reports are
14  collected or maintained?
15  A     I sure hope so, yes.
16  Q     Do you know what file that is?
17  A     We have an imaging system.
18  Q     Who is responsible for maintaining
19  that imaging system and putting documents on
20  it?
21  A     I am.  I mean, I supervise.  I
22  don't -- accounting does the accounting
23  stuff, various departments --
24  Q     I was merely trying to find out who
25  has responsibility for maintaining whatever

77

Hoffman

2  reports you receive from Mr. Kluttz and
3  Mr. Dahab.
4  A     Mr. Dahab's reports are the
5  responsibility of the accounting department.
6  I don't know who images -- is responsible for
7  imaging Mr. Kluttz's reports.  I don't know
8  if they are images, because they are not
9  really official reports.
10  Q     Is it your practice to review the
11  public filings of companies in which the
12  Steelworkers invest?
13  A     No.
14  Q     Is it the board's practice to review
15  filings of the company in which the
16  Steelworkers invest?
17  A     No.
18  Q     Do the Steelworkers make an attempt to
19  invest more heavily in certain types of
20  industries than others?
21  A     No.
22  Q     Is any weighting towards specific
23  industries largely to the discretion of the
24  money managers?
25  A     Yes.

78

Hoffman

2 Q    Is the Steelworkers Pension Trust
3 currently invested more heavily in certain
4 industries than others?
5 A    No.
6 Q    I believe you referred earlier to
7 VEECO as a high-tech company, correct?
8 A    That's how I would consider it.
9 Q    Are the funds' investments through Fox
10 Asset Management largely investments in
11 high-tech companies?
12 A    No.
13 Q    Do you know what other companies Fox
14 Asset Management has invested in on behalf of
15 the Steelworkers Pension Trust other than
16 VEECO in the last two years?
17 A    Not offhand.
18 Q    Have you ever met anyone who worked
19 for VEECO Instruments?
20 A    No.
21 Q    Do you know if anyone at the
22 Steelworkers Pension Trust has ever
23 communicated directly with anyone employed by
24 VEECO Instruments?
25 A    Would you restate that?

79

Hoffman

2 Q    Do you know whether anyone at the
3 Steelworkers Pension Trust has ever
4 communicated directly, either in writing or
5 orally, with anyone employed by VEECO
6 Instruments?
7 A    No. I don't know.
8 Q    Has the Steelworkers Pension Trust
9 ever done any sort of business with VEECO
10 Instruments, to your knowledge?
11 A    Not to my knowledge.
12 Q    When you learned that VEECO had
13 announced that it was going to restate
14 earnings, did you make any effort at that
15 point in time to ascertain what, if anything
16 -- strike that question.
17       When you learned that VEECO
18 Instruments planned to restate certain of its
19 financial statements, did you make any
20 attempt to personally assess the financial
21 condition of VEECO Instruments at that time?
22 A    No.
23 Q    Do you know whether the board of
24 trustees undertook any such investigation of
25 the financial condition of VEECO?

80

Hoffman

2 A    I don't know. I don't believe so.
3 Q    Do you know whether any requests were
4 made of Fox Asset Management to assess the
5 financial condition of VEECO Instruments
6 following the announcement that it planned to
7 restate earnings?
8 A    Request by whom?
9 Q    Anyone affiliated with the
10 Steelworkers.
11 A    No. It would have been improper for
12 anyone affiliated with the Steelworkers to
13 make such a request.
14 Q    Why would it have been improper?
15 A    Because we don't interfere in their
16 investment decisions. Only to the extent
17 that if we don't like them, we file it, but
18 we don't tell them to get out of a stock or
19 get into a stock. We don't do that.
20 Q    Has that ever happened, to your
21 knowledge?
22 A    Never.
23 Q    Do the money managers ever discuss
24 investment decisions that they plan to make
25 on behalf of the Steelworkers prior to

81

Hoffman

2 executing those decisions?
3 A    They do not discuss specific
4 investments with the trustees when they meet
5 with the trustees. They may state that we're
6 looking for multinationals or we're looking
7 for Heartland industries or something like
8 that, but they will never discuss that we are
9 looking into XYZ Corporation.
10 Q    I take it, likewise, they will never
11 inform the Steelworkers that they plan to
12 liquidate a specific position before they
13 actually do so?
14 A    No, they don't.
15 Q    Did you ever personally discuss with
16 any members of the Steelworkers board of
17 trustees the fact that VEECO had restated its
18 earnings?
19 A    I might have, in a routine
20 conversation with one of the trustees about
21 another subject matter, mentioned that I know
22 we hold VEECO and they're restating their
23 earnings. There goes their stock. I might
24 have said that.
25 Q    Are you referring to a specific

82

Hoffman

1
2   conversation?
3   A    No, I might have.  When we learn of
4   these things, we assume that the stock is
5   going down the tubes.
6   Q    Do you know whether VEECO stock has,
7   in fact, gone down the tubes?
8   A    I know when they announced that they
9   might restate, I'm pretty sure the stock
10  dropped, which is not surprising.  I would
11  expect it to drop.
12  Q    Do you know how much it dropped?
13  A    No, not specifically.
14  Q    Do you have a general recollection of
15  having a conversation with a specific board
16  member about VEECO restating its earnings?
17  A    I have a general recollection
18  discussing VEECO with people.  Whether they
19  were trustees or other employees or the
20  chairman or Mr. Kluttz, or Mr. Dahab with
21  whom I converse regularly -- and this didn't
22  happen only with VEECO but in other instances
23  things have happened, change in management --
24  we always discuss:  Well, I wonder what the
25  money manager will do, because I'm pretty

83

Hoffman

1
2   sure that stock is going to drop.
3   Q    What I'm asking is do you recall
4   specific persons with whom you discussed
5   VEECO Instruments?
6   A    No, I don't recall anyone specific.
7   Q    Do you recall approximately how many
8   conversations regarding VEECO you may have
9   had?
10  A    Several at that time period, general
11  discussion of this subject.
12  Q    Do you recall the substance of those
13  discussions other than merely reciting the
14  fact that the company had restated its
15  earnings?
16  A    Well, we're usually -- in my world,
17  I'm not a securities expert -- is that people
18  who buy stock are very fickle and you're
19  rational, in my opinion, and upon the
20  slightest negative news they will hope for
21  the best and make damn sure that the stock
22  goes down by panic selling.
23       That's one of my veins, is that the
24  stock market is very irrational.  Sometimes
25  it turns out to be a correct move, but

84

Hoffman

1
2   sometimes the stock will go down much farther
3   than it should.  When people hear bad news,
4   they panic.
5   Q    Does that mean in those situations
6   that it's advisable to hold on to a stock if
7   the market has reacted irrationally?
8   A    If everybody is panicking and you're
9   calm, maybe there is something wrong with
10  you.  It's very difficult to do, when there
11  is a panic to sell, you stand by and do
12  nothing because you're going to go down.  To
13  me it's just a problem.  I, as an individual,
14  will panic along with everybody else, so --
15  Q    I take it you have never personally
16  invested in VEECO Instruments?
17  A    No, I don't think so.
18  Q    Do you know the period for which VEECO
19  restated its financial statements?
20  A    As I believe, I think it was the first
21  three quarters of 2004.
22  Q    Do you know whether VEECO restated any
23  of its year-end financial statements?
24  A    I'm not sure I understand your
25  question.

85

Hoffman

1
2   Q    You stated that they restated their
3   financial statements for the first three
4   quarters of 2004.  I'm asking whether you
5   know if they restated their previously filed
6   10-K.
7   A    I didn't hear.
8   Q    I'm asking if you know whether VEECO
9   restated any of its previously filed year end
10  10-K's.
11  A    Prior to 2004?
12  Q    At any point in time.
13  A    Not to my knowledge.
14  Q    Have you read the consolidated amended
15  class action complaint that your counsel
16  filed in this action?
17  A    Unfortunately, I have.  Are you going
18  to ask me if I remember what I read?
19       MR. STOCK:  Just answer the
20       questions.
21  Q    Did you read the entire document?
22  A    Yes.
23  Q    Did you read it before it was filed?
24  A    Yes, they sent it to me for signature.
25  Q    Approximately how much time did you

86

1           Hoffman
2    spend reviewing the complaint?
3    A      It seemed like an eternity, but I read
4    the complaint. I don't profess to be an
5    expert in this field of litigation. I read
6    the complaint. It looked all right to me.
7    There is nothing obviously wrong about it or
8    false. The factual statements were correct,
9    so I signed it.
10   Q      Other than the fact that VEECO
11   restated its financial statements for the
12   first three quarters of 2004, were you aware
13   of any of the substantive matters alleged in
14   the complaint prior to reading it?
15          MR. STOCK: Object to form.
16       Does that include the
17       investment made by Steelworkers
18       Pension Trust?
19          MR. WALLIN: No. You can
20       excise that from the question as well.
21          THE WITNESS: Restate your
22       question.
23   Q      Other than the fact that the
24   Steelworkers invested in VEECO and the fact
25   that VEECO restated its financial statements

88

1           Hoffman
2          MR. WALLIN: Let's take a
3       five-minute break.
4          (Whereupon, a brief recess was
5       taken.)
6    Q      Mr. Hoffman, can you describe in your
7    own words plaintiff's current claims against
8    VEECO Instruments and the individual
9    defendants?
10   A      VEECO during the period in question
11   overstated its earnings and just briefly
12   overstated its earnings fraudulently and
13   deliberately to preserve value of its shares,
14   and then when the truth was known that the
15   earnings were fraudulently overstated
16   deliberately, investors investing in the
17   stock, the true facts became known, the stock
18   fell, and investors lost money because of the
19   misbehavior of the principals in the company.
20   Q      When do you understand that the true
21   facts first became known?
22   A      Early in 2005.
23   Q      Are you referring to VEECO's
24   announcement that it was going to conduct an
25   internal investigation?

87

1           Hoffman
2    for the first three quarters of 2004, were
3    you aware of any of the other substantive
4    matters alleged in the complaint that you
5    reviewed prior to you reviewing it?
6    A      Yes, only because of my previous many
7    conversations with Ms. Parker.
8    Q      What substantive matters were you made
9    aware of?
10          MR. STOCK: I direct you not to
11       answer if you're talking about
12       conversations between yourself and
13       your attorney. That would be
14       privileged conversation.
15   Q      Can you answer that question without
16   disclosing privileged communications?
17   A      I know I only -- my knowledge as to
18   why they had to restate their earnings comes
19   through Miss Parker. I don't have an
20   independent source of that. We discussed
21   that, and she explained to me why they
22   restated their earnings --
23          MR. STOCK: I direct you not to
24       answer further. We're getting into
25       privilege here.

89

1           Hoffman
2    A      Yes, when it became known when they
3    were going to restate their earnings shortly
4    or after it became known that there was
5    some --
6          MR. WALLIN: I ask you to take
7       a look at a document that I'm going to
8       mark as Exhibit 3 which is a
9       February 11, 2005 press release that
10      was filed by VEECO Instruments on form
11      8-K.
12         (Whereupon a press release
13      dated February 11, 2005 filed by VEECO
14      Instruments was marked as Exhibit 3
15      for identification, as of this date.)
16   Q      Is this the press release you were
17   referring to in your testimony a minute ago,
18   Mr. Hoffman?
19   A      Say that again.
20   Q      Is this the press release you were
21   referring to in your testimony a moment ago?
22   A      It looks familiar.
23   Q      When you say that VEECO overstated its
24   earnings, are you referring to the 10Q's that
25   were filed for the first three quarters of

90

Hoffman

1
2  2004?
3  A    Yes.
4  Q    What is the basis for your
5  understanding that these earnings for the
6  first three quarters of 2004 were overstated
7  fraudulently and deliberately?
8  A    Because they fraudulently say that in
9  this press release, improper entries.
10 Q    And this press release indicates to
11 you that all members of VEECO management were
12 aware of improper accounting entries?
13 A    It certainly means that to me, yes.
14 Q    Which specific line in the press
15 release are you indicating that indicates
16 that to you?
17 A    Commenting on the accounting review,
18 Edward H. Brown, chairman and CEO of VEECO,
19 said, "Errors and improper entries were
20 uncovered by VEECO's internal audit staff and
21 were limited to a single VEECO business unit,
22 TurboDisc, which was acquired in
23 November 2003."
24     That says to me that there was fraud.
25 I think that's a polite -- well, I think the

91

Hoffman

1
2  company, of course, tried to understate their
3  formality of the act and didn't do a very
4  good job of it in this press release.  I
5  mean, it's a signal to anyone that there is
6  some very serious improprieties.
7  Q    What is your basis for believing that
8  the alleged overstatements of revenue in the
9  first three quarters of 2004 were made
10 fraudulently and deliberately other than the
11 fact that the financial statements for this
12 period were restated?
13     MR. STOCK: Objection.  Asked
14     and answered.
15 A    From what I read in the newspaper, the
16 statements by the company officers, I think,
17 signaled to me and everybody else that there
18 was something going on there that was highly
19 improper, but I didn't know the details of it
20 until Miss Parker related same to me.
21 Q    What newspaper articles are you
22 referring to?
23 A    What is stated in this release.
24 Q    Did you read those newspaper articles
25 on or around the time that this press release

92

Hoffman

1
2  was issued?
3  A    Well, I certainly read them after the
4  press release was issued.
5  Q    That's what I meant.  Shortly
6  thereafter?
7  A    Yes.
8  Q    Can you describe for me your
9  understanding of Mr. Weiss' participation in
10 the alleged fraud?
11 A    As far as I can remember, Weiss was
12 the gentleman who was in charge of foreign
13 sales, and some product that this TurboDisc
14 had made was sold to some Chinese outfit for
15 like $10 million, and there was an
16 understanding or an agreement that VEECO
17 wasn't to book the sale or take credit for
18 the 10 or so million dollars until the
19 product was delivered and accepted by the
20 customer.  But Mr. Weiss engaged in some kind
21 of hanky-panky so they were -- so they went
22 ahead and booked the proceeds of the sale
23 before they were supposed to.  Mr. Weiss was
24 the one who was able to do that.
25 Q    You're saying that based on his

93

Hoffman

1
2  position within the company?
3  A    No, that's what I heard.
4  Q    Are you aware there was briefing that
5  was submitted to the court in this action to
6  determine who would be named the lead
7  plaintiff?
8  A    I'm aware that an effort was made,
9  yes.
10 Q    Are you aware that your counsel
11 submitted documents to the court in
12 connection with the Steelworkers' efforts to
13 be named lead plaintiff?
14     MR. WALLIN:  Let's mark this as
15     Exhibit 4.  This is a filing in the
16     Eastern District of New York.  This
17     filing is now part of the record in
18     the Southern District of New York.  It
19     is titled, "The Steelworkers Pension
20     Trust's Reply Memorandum of Law in
21     Further Support of Its Motion for
22     Appointment As Lead Plaintiff and In
23     Opposition To The Competing Motions
24     Filed by Ratan LalChandani and
25     NECA-IBEW Pension Fund (The Decatur

94

1          Hoffman
2    Plan)."
3          (Whereupon a reply memorandum
4    of law by Steelworkers Pension Trust
5    was marked as Exhibit 4 for
6    identification, as of this date.)
7          MR. WALLIN:  I also ask you to
8    look at a document, of another brief
9    that was filed relating to another
10   issue of who would be named as lead
11   plaintiff.  This will be marked as
12   Exhibit 5.
13         (Whereupon a brief was marked
14   as Exhibit 5 for identification, as of
15   this date.)
16         MR. WALLIN:  It is not
17   necessary that he read them in their
18   entirety.
19   Q    If you can look at Exhibit 5,
20   Mr. Hoffman, on page 2, just under the
21   heading, "Nature Of The Action."
22   A    Yes, I have it.
23   Q    You will see that the first sentence
24   states that, "This federal class action on
25   behalf of purchasers" -- it may be a typo --

95

1          Hoffman
2    "of the purchasers of the publicly traded
3    stock of VEECO between April 26, 2004 and
4    February 10, 2005," then it says,
5    "inclusive (the class period)."
6          You referred in a number of your
7    answers to the period in question.  Is the
8    period that you refer to in your answer
9    April 26, 2004 to February 10, 2005?
10   A    I'm not certain of the date.  I'm
11   referring to the class period.
12   Q    I'm asking whether it's your
13   understanding that the current class period
14   is from April 26, 2004 to February 10, 2005.
15         MR. STOCK:  Objection.  Asked
16         and answered.
17   A    Yes.
18         MR. STOCK:  He said he wasn't
19         certain.
20   Q    Do you know what the significance is
21   of April 26, 2004?
22   A    No, other than you had to buy the
23   stock after that date, but that is about all
24   I would know.
25   Q    I'm asking you whether you recognize

96

1          Hoffman
2    that's the date that VEECO filed its 10-K for
3    the first quarter of 2004.
4    A    No.
5    Q    Do you know what the significance is
6    of the date February 10, 2005?
7    A    No.  I guess that's when the
8    restatement of the earnings --
9    Q    If you look back at Exhibit 3, is it
10   correct that February 10, 2005 is the date
11   before VEECO announced that it was conducting
12   an internal investigation?
13   A    Yes.
14   Q    I believe you testified earlier that
15   it was your understanding that the truth
16   began to be known about VEECO on February 11,
17   2005?
18   A    That's my understanding, yes.
19   Q    What is the date of the first
20   statement made by VEECO that you allege was
21   false and misleading?
22   A    Pardon?
23   Q    What is the date of the first
24   statement made by VEECO that you allege was
25   false and misleading?

97

1          Hoffman
2          MR. STOCK:  If you're referring
3          to the complaint, why's don't you show
4          it to the witness?
5          MR. WALLIN:  I'll show him the
6          complaint in a minute.
7    A    Say that again.
8    Q    What is the date of the first
9    statement made by VEECO that you allege was
10   false and misleading?
11   A    I don't think it was a statement.  The
12   fact that they -- statement in the normal
13   sense of the word is when they were booking
14   earnings they shouldn't have booked and when
15   they were valuing inventory that had no
16   value.  That was the fraudulent act.
17   Q    I'm asking you whether you're aware of
18   any false statements made by VEECO.
19   A    I consider that was a statement.
20   Q    I understand that.  I'm asking whether
21   you're aware of any public filings by VEECO
22   that were false and misleading prior to the
23   filing of the original 10-K for the first
24   quarter of 2004.
25   A    No, I'm not aware.

98

Hoffman

MR. WALLIN: I'm going to mark
as Exhibit 6 a press release dated
November 3, 2003 filed on Form 8-K
announcing VEECO's acquisition of
import Turbodisc business. Let's mark
that as Exhibit 6.

(Whereupon a press release
dated November 3, 2003 was marked as
Exhibit 6 for identification, as of
this date.)

MR. WALLIN: As Exhibit 7, I'm
going to mark the transcript of a
conference call on that same day,
November 3, 2003.

(Whereupon a transcript of a
conference call on November 3, 2003
was marked as Exhibit 7 for
identification, as of this date.)

Q    Do you recognize the document marked
as Exhibit 6?

A    I never saw it before.

Q    I take it you don't recognize
Exhibit 7, either?

A    No.

---

99

Hoffman

Q    Do you know whether the Steelworkers
held any VEECO stock as of November 3, 2003?

A    No, I don't.

Q    Do you recall ever learning at any
point in time during 2003 or 2004 that VEECO
had purchased a business unit called
TurboDisc from another company called Emcore?

A    No.

Q    Are you aware of any false and
misleading statements contained in Exhibit 6?

A    Since I'm not familiar with Exhibit 6,
I can't answer that.

Q    Are you aware of any false or
misleading statements in Exhibit 7?

A    Since I've never seen it before, I
can't answer that.

Q    I take it you were not listening in on
this conference call?

A    No, I wasn't.

MR. STOCK: Note that Exhibit 7
is about eight pages in very small
type and it has a lot of different
statements in it, and he did not have
enough time to read it today, nor am I

---

100

Hoffman

requesting time to read it today.

MR. WALLIN: This is a matter
of dispute. I'm able to give
Mr. Hoffman time to review this and
see if he can point out any false or
misleading statements in the document.

THE WITNESS: I beg your
pardon?

Q    Let me be very clear. If you were to
take time to review this entire document,
would you be able to identify any false and
misleading statements in it?

A    Probably not.

Q    And you never saw this document?

A    I never saw it.

Q    I take it you did have an opportunity
to review Exhibit 6 which is just a two-page
press release?

A    Yes, here today.

Q    You're not aware of any false and
misleading statements in that document?

A    No, I'm not.

Q    Looking back at what I believe we
marked as Exhibit 2, which is form 10-K for

---

101

Hoffman

December 31, 2003, I appreciate it's a long
document and I'm not going to ask you to
review it all.

Sitting here today, are you able to
define any false and misleading statements in
that document?

A    No, I can't.

MR. WALLIN: Let's mark as
Exhibit 8 the consolidated amended
class action claim in this action.

(Whereupon consolidated amended
class action claim was marked as
Exhibit 8 for identification, as of
this date.)

Q    Is this the complaint that you
reviewed previously that you referred to?

A    I can't hear you.

Q    You referred earlier to reviewing a
complaint before it was filed. Was it a
final or near final version of the document
that you have in your hand now?

A    Yes.

Q    I direct your attention to the first
paragraph of the complaint just under the

---

102

Hoffman

1
2    section titled, "Nature Of The Action."  Do
3    you see there in the first paragraph that it
4    refers to a federal class action on behalf of
5    purchasers of the securities of VEECO between
6    November 3, 2003 and February 10, 2005?
7    A    Yes.
8    Q    Look back, if you would, at Exhibit 5,
9    page 2.
10   A    Okay.
11   Q    You'll see on page 2, as we discussed
12   previously, on page 2 of Exhibit 5 there is a
13   reference to a class period of April 26, 2004
14   to February 10, 2005.
15   A    Yes.
16   Q    In Exhibit 8 there is a different
17   proposed class period from November 3, 2003
18   to February 10, 2005?
19   A    Yes.
20   Q    Do you know why plaintiffs are
21   currently asserting an action on behalf of
22   purchasers between November 3, 2003 and
23   February 10, 2005 as opposed to an action on
24   behalf of purchasers of VEECO stock between
25   April 26, 2004 and February 10, 2005?

103

Hoffman

1
2    A    That was one of the things I did
3    notice when I read the complaint, one of the
4    few things that I remember.  I remember
5    asking Phyllis about that --
6         MR. STOCK:  I direct you not to
7         discuss your conversation with your
8         attorney.
9         If you have an understanding
10        now, you can answer the question.
11        THE WITNESS:  My understanding
12        is that Fox made two purchases and one
13        they made money on, so it was the
14        second purchase where we lost money, a
15        set-off or something, something like
16        that.
17        I was just curious as to why
18        the difference.  It doesn't have a
19        regular significance to me, but I was
20        just curious what the difference was,
21        one of the few things I remember.
22        MR. WALLIN:  Maybe we can look
23   at the certifications.
24        Let's mark as Exhibit 9 a
25   document Bates stamped SPT 09 through

104

Hoffman

1
2    SPT 10.  It's a document entitled,
3    "VEECO Instruments, Inc. Certification
4    Pursuant To The Federal Securities
5    Laws."
6         (Whereupon a document bearing
7    production numbers SPT 09 through SPT
8    10 was marked as Exhibit 9 for
9    identification, as of this date.)
10        MR. WALLIN:  And then let's
11   mark as Exhibit 10 an amended
12   certification pursuant to the federal
13   securities laws, SPT 11 through SPT
14   12.
15        (Whereupon a document bearing
16   production numbers SPT 11 through SPT
17   12 was marked as Exhibit 10 for
18   identification, as of this date.)
19   Q    Look at Exhibit 9 first.
20        First of all, what is your
21   understanding of what this document is?
22   A    As I recall, this was a filing that
23   said that -- essentially that Steelworkers
24   Pension Trust lost money and we're willing to
25   serve as lead.

105

Hoffman

1
2    Q    Is that your signature on the second
3    page?  Yes, it is?
4    A    This signature?  It was signed by my
5    assistant.
6    Q    It's on your behalf?
7    A    On my authorization.
8    Q    You reviewed this document and
9    authorized someone to sign on your behalf?
10   A    Yes.  I was away at the time and she
11   read me the document and I said, "Yes," it's
12   okay to sign.
13   Q    Look at Exhibit 10, if you would.
14   A    Yes.
15   Q    First of all, is that your signature
16   on the second page of this document?
17   A    Yes.
18   Q    Do you understand why it was necessary
19   to file an amended certification?
20   A    No.  I don't remember.  I probably did
21   at the time.  I don't remember why.
22   Q    Do you understand that one of the
23   purposes of these certifications is to
24   disclose purchasers of VEECO stock by the
25   Steelworkers?

---

106

1              Hoffman
2    A    Yes.
3    Q    If you could compare paragraph 4 in
4    Exhibit 9 and paragraph 4 in Exhibit 10,
5    you'll see that Exhibit 10 reflects the sale
6    of 40,000 shares of VEECO stock on January 6,
7    2004 and Exhibit 9 does not; is that correct?
8    A    Correct.
9    Q    Is that sale on January 6, 2004 the
10   sale that you were referring to a couple of
11   minutes ago that was made prior to April 26,
12   2004?
13   A    It was the sale of stock purchased
14   before that date, yes.
15   Q    You referred to some transaction
16   before April 26, 2004 was one of the reasons
17   why the class period is different?
18   A    Yes.
19   Q    I'm asking you if you were referring
20   to this transaction.
21   A    Yes.
22            MR. WALLIN: Let's mark this as
23       Exhibit 11. These are additional
24       documents produced by your counsel in
25       this action Bates stamped SPT 03

---

107

1              Hoffman
2    through 08.  It appears to be an
3    account statement or a series of
4    account statements.
5            I'm happy to leave them
6       attached as one exhibit unless your
7       counsel would prefer to separate them
8       into different exhibits.
9            MR. STOCK: That's fine at this
10      point.
11           (Whereupon a document bearing
12      production numbers SPT 03 through SPT
13      08 was marked as Exhibit 11 for
14      identification, as of this date.)
15           THE WITNESS: Yes.
16   Q    Do you recognize the documents that I
17   just handed you and marked as Exhibit 11?
18   A    What I recognize is these are
19   statements from the custodian about these
20   trades.
21   Q    Who are you referring to by the
22   custodian?
23   A    The bank that holds our -- actual
24   custodian of the securities.
25   Q    What bank is that?

---

108

1              Hoffman
2    A    It was State Street and later
3    Deutsche, and now it is CoAmerica.  They
4    straddle this period, I think.  No, Deutsche
5    was purchased by State Street.  It was
6    Deutsche, State Street or something like
7    that.
8    Q    I don't think it's critical for these
9    purposes.
10   A    These look to me like statements from
11   the custodian that we obtained and supplied
12   to our attorney.
13   Q    Are these statements that the
14   Steelworkers will receive on a monthly basis?
15   A    We receive statements every day on
16   their web site.  We can access by computer.
17   9:30 every day we're updated on exactly what
18   we hold and what amounts.
19   Q    Take a look at page SPT 06 which
20   appears to be one of the pages of the
21   statements from State Street.  I think it
22   would also be easier for you if you have
23   Exhibit 10 in front of you at the same time.
24           I want to confirm that the
25   transactions referred to in these account

---

109

1              Hoffman
2    statements are the same ones that are
3    referred to in the certification.
4    A    What statements should I look at?
5    Q    I was suggesting it would be easier
6    for you if you have the two documents in
7    front of you.
8    A    I do.
9    Q    Exhibit 10, I think you probably
10   remember, refers to the sale of 40,000 shares
11   of VEECO stock on January 6, 2004.
12   A    Yes.
13   Q    On page SPT 06, Exhibit 11, there
14   appears to be a reference to the sale of
15   40,000 shares on January 6, 2004.
16           Is this sale in this account statement
17   the same transaction that is referred to in
18   paragraph 4 of Exhibit 10?
19   A    I can't find page 06.
20           MR. WALLIN: Off the record.
21           (Whereupon, a discussion was
22      held off the record.)
23           THE WITNESS: What is the
24      question?
25   Q    Whether the transaction referred to

---

110

Hoffman

1 here in the first row of Exhibit 11 on page
2 SPT 06, the sale of 40,000 shares; do you see
3 that?
4 A    Yes.
5 Q    Is that the same transaction referred
6 to in paragraph 4 of Exhibit 10?
7 A    It certainly appears to be, yes.
8 Q    Am I correct that this document
9 reflects receipt of proceeds by the
10 Steelworkers Pension Trust of $1,255,197?
11 A    And 17 cents, yes.
12 Q    I guess that's after fees of $59 or
13 $58.93?
14 A    Yes.
15 Q    Look at Steelworkers Pension Trust,
16 07.
17 A    The next page?
18 Q    Yes, the next page.
19 A    Yes.
20 Q    This appears to reflect the purchase
21 of two blocks of VEECO shares, one on May 19,
22 2004 and one on May 20, 2004 with the first
23 block being 6,675 shares and the second block
24 being 33,325 shares; is that correct?

111

Hoffman

1 A    Yes.
2 Q    Are those the same transactions that
3 are referred to in paragraph 4 Exhibit 10?
4 A    That shows a purchase of approximately
5 40,000 shares and the other one on page SPT,
6 whatever it is --
7 Q    I'm asking you a slightly different
8 question. I'm trying to link these
9 transactions to the transactions that are
10 listed on Exhibit 10.
11 A    Oh, yes.
12 Q    That's all I'm trying to figure out.
13 I won't ask you to pull out a calculator, but
14 I added the investment cost of the two
15 investments made on SPT 07 and it appears to
16 total $941,595.11.
17 Does that appear to be approximately
18 current just by eyeballing it?
19 A    I guess.
20 Q    I'm looking at Steelworkers Pension
21 Trust 07. You're probably as good or better
22 in doing math in your head than I am.
23 Am I correct that taken together SPT
24 06 and SPT 07 reflect proceeds of

112

Hoffman

1 $1,255,197.17 and an investment cost of
2 $941,595.11?
3 A    Yes.
4 Q    Both transactions were for aggregate
5 blocks of 40,000 shares?
6 A    Yes.
7 Q    Are you aware of any other
8 transactions in VEECO stock during the period
9 from November 3, 2003 through February 10,
10 2005 by the Steelworkers?
11 A    Yes. We bought some stock that we
12 lost money on.
13 Q    I'll ask it again.
14 Are you aware of any other purchases
15 or sales by the Steelworkers of VEECO stock
16 between November 3, 2003 and February 10,
17 2005 other than the transactions listed on
18 Exhibit 10?
19 A    No.
20 Q    The 40,000 shares that are listed as
21 being purchased here in May of 2004 -- again,
22 I'm referring back to Exhibit 11 -- did the
23 Steelworkers continue to hold those shares as
24 of February 10, 2005?

113

Hoffman

1 A    Fox purchased 40,000 and sold 40,000,
2 and they made a profit. And at a different
3 time period they purchased more, and they
4 lost money in the transaction.
5 Q    I'm merely asking how many shares of
6 VEECO stock the Steelworkers held as of
7 February 10, 2005.
8 A    I don't know.
9 Q    Does Exhibit 10 indicate to you that
10 it must have been 40,000 shares or that it
11 must have been at least 40,000 shares?
12 A    We purchased 40,000 shares and sold
13 them on January 6th. I don't know.
14 Q    I might be able to clear this up with
15 another exhibit.
16 MR. WALLIN: I ask you to look
17 at a document that was previously
18 produced to me by Fox Asset
19 Management. It's been previously
20 provided to your counsel. Let's mark
21 it as Exhibit 12.
22 (Whereupon a document was
23 marked as Exhibit 12 for
24 identification, as of this date.)

Slimscript Copy:  IN RE: VEECO INSTRUMENTS, INC.: RICHARD S. HOFFMAN, 12/8/2005

114

1           Hoffman
2   Q     Do you recognize what we have marked
3   as Exhibit 12?
4   A     I never saw it before.
5   Q     Have you ever seen a document in this
6   form before?
7   A     I've seen documents of this form
8   before, yes.
9   Q     Do you understand how to read the
10  document of this sort?
11  A     No.
12          MR. STOCK:  We're willing to
13      stipulate to the accuracy of the
14      transactions listed here.
15          MR. WALLIN:  Okay.  Fine.
16  Q     Look at the bottom two transactions
17  here on this page, Mr. Hoffman.
18  A     The last two transactions in?
19  Q     Yes.
20      Do you recall VEECO selling -- do you
21  recall the Steelworkers selling two blocks of
22  VEECO shares on or around May 25, 2005?
23  A     I recall they sold shares at a loss in
24  2005.
25  Q     Around that time period?

116

1           Hoffman
2   A     We provided them with everything.
3           MR. STOCK:  I want to note for
4       the record that there are certainly
5       different time periods, that Exhibit
6       10 certifies us to all transactions
7       between November 3, 2003 to February
8       10, 2005 and Exhibit 12 appears to
9       include all transactions from
10      January 2, 1997 to November 28, 2005.
11      When the question is that only
12      Fox Asset Management, we had no
13      occasion to and certainly we didn't
14      update this morning whether any other
15      investment managers have invested
16      outside of the class period.
17          MR. WALLIN:  I understand that,
18      and I wasn't intending to suggest that
19      those two documents covered the same
20      time period.
21          Another five-minute break, and
22      maybe we can wrap it in 45 minutes.
23          (Brief recess was taken.)
24  Q     We noted earlier in Exhibit 8 that the
25  class -- proposed class period is from

115

1           Hoffman
2   A     Yes.
3   Q     Is it your understanding that
4   Steelworkers sold all of its holdings in
5   VEECO Instruments at that time?
6   A     All the holdings by Fox, yes.  I don't
7   know about the others.
8   Q     Do you have any reason to believe
9   there were holdings by other money managers
10  other than the holdings by Fox?
11  A     I have no reason to believe that, but
12  I can't swear that they didn't have an
13  investment in VEECO.
14  Q     What steps did you take to ensure that
15  the certification marked as Exhibit 10 was
16  accurate when you signed it?
17  A     I didn't take any steps.  I assumed it
18  was accurate because of all the information
19  that we had given to our attorney.  I didn't
20  go back and check the documents we had given
21  them, our attorneys, and I trusted them, and
22  I assume that they put the correct
23  information.
24  Q     Does that mean you provided some sort
25  of trading records to your attorneys?

117

1           Hoffman
2   November 3, 2003 to February 10, 2005,
3   correct?
4   A     Yes.
5   Q     Is it your view that the price of
6   VEECO stock was inflated at all points in
7   time during that period?
8   A     Can you repeat that?
9   Q     Is it your view that the price of
10  VEECO stock was inflated as a result of false
11  and misleading statements by VEECO at all
12  points in time during that period?
13  A     I can only tell you that the price was
14  inflated at the time we purchased it.
15  Q     Do you have a view whether it was
16  inflated?
17  A     Yes, I have a view.  It probably was
18  inflated.
19  Q     Are you aware that the complaint
20  alleges that the price of VEECO stock was
21  inflated at all points in time between
22  November 3, 2003 and February 10, 2005?
23  A     I don't specifically remember that
24  allegation.  I know it was inflated at the
25  time we purchased it.

118

Hoffman

1
2     MR. WALLIN:  Take a look at a
3  document that I'm going to mark as
4  Exhibit 13.  It is a document that I
5  received yesterday afternoon from Fox
6  Asset Management.  It appears to be
7  some additional accounts statements
8  from Fox Asset Management.
9         (Whereupon a series of account
10  statements from Fox Asset Management
11  was marked as Exhibit 13 for
12  identification, as of this date.)
13 Q    Before we get into Exhibit 13, look
14  back to Exhibit 8, paragraph 143.
15 A    Exhibit 8?
16 Q    Yes.  Paragraph 143.  It's on page 56
17  of the document.
18 A    Got it.
19 Q    Do you see the last sentence in that
20  paragraph?  I just want to make sure we're
21  very clear on one point.  "Under these
22  circumstances, all purchasers of VEECO
23  securities during the Class Period suffered
24  similar injury through their purchase of
25  VEECO securities at artificially inflated

119

Hoffman

1
2  prices and a presumption of reliance
3  applies."
4         Do you see that sentence?
5 A    Yes.  Yes, I see that sentence.
6 Q    Does that refresh your recollection
7  that the complaint alleges that the price of
8  VEEGO stock was artificially inflated
9  throughout the class period?
10 A    Apparently it was, yes.
11 Q    Do you have any reason to disagree
12  with that allegation sitting here today?
13 A    No.
14 Q    Look at Exhibit 13 that I just handed
15  to you.
16        MR. WALLIN:  Again, Exhibit 13
17     appears to be a collection of account
18     statements that I'm happy to leave
19     marked in a collection, but if your
20     counsel would prefer to separate them,
21     I will.
22        MR. STOCK:  No.
23 Q    This document doesn't have page
24  numbers, so it will be a little cumbersome to
25  get to the page I want.

120

Hoffman

1
2     About halfway in at the top of the
3  page with an "as of" date in the top
4  right-hand corner of 31 January '04, it is a
5  page that relates to transaction of an asset,
6  ID 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.
7         MR. STOCK:  Is that the one
8     that says May 1, '04 through May 31,
9     '04?
10        MR. WALLIN:  I think we're
11     looking at a different page.
12        MR. STOCK:  Oh, it's a State
13     Street page?
14        MR. WALLIN:  Yes.  The page
15     appears to be split into two parts.
16     I'm looking at the second split page.
17        MR. STOCK:  Okay.
18        MR. WALLIN:  It has a reference
19     to a transaction of 40,000 shares.
20 Q    Do you see that, Mr. Hoffman?
21 A    Yes, I see it.
22 Q    Do you recognize this document?
23 A    I never saw it.
24 Q    Do you recognize the form of this
25  document?

121

Hoffman

1
2 A    Yes, I do.
3 Q    What is the form of this document?
4 A    It just shows trades during a
5  particular period of time, or a particular
6  trade.
7 Q    Is this the sort of report that the
8  Steelworkers received from their money
9  managers on a regular basis?
10 A    No.
11 Q    Do you ever receive these type of
12  reports?
13 A    No, unless we specifically request
14  them.  The report is prepared by the money
15  manager.
16 Q    Do you receive account statements on a
17  periodic basis from the money managers?
18 A    Every day through the custodian.
19 Q    Is this one of the daily account
20  statements?
21 A    It appears to be, yes.
22 Q    Do you feel confident that you know
23  how to read this document correctly?
24 A    No, I don't feel confident.
25 Q    I'm going to ask you about specific

Slimscript Copy:  IN RE: VEECO INSTRUMENTS, INC.: RICHARD S. HOFFMAN, 12/8/2005

---

122

Hoffman

2  items. We'll see if you understand.
3        The reference here on the top left
4  corner to 40,000 shares appears to refer to a
5  transaction on January 6, 2004. Is that the
6  same transaction that is referred to in
7  paragraph 4 of Exhibit 10?
8  A     It appears to be.
9  Q     That is the transaction that had
10  proceeds of $1,255,197.17?
11  A     Correct.
12  Q     Looking one space over underneath the
13  column titled, "Base Cost," there is a number
14  $1,033,024.50.
15        Does that column indicate the cost
16  basis of the Steelworkers' purchase of this
17  block of VEECO securities?
18  A     Yes.
19  Q     Does the third column with number
20  $222,172.67 indicate the net gain on the
21  Steelworkers sale of this block of
22  securities?
23  A     Yes.
24  Q     Look back at the second page of the
25  second overall page of this exhibit. If you

---

123

Hoffman

2  can get in front of you as well Exhibit 12.
3  A     Okay.
4  Q     Your counsel has already stipulated to
5  the accuracy of the transactions listed in
6  Exhibit 12 so I won't make you go through
7  that again, but I just want to confirm that
8  the transaction listed here at the bottom of
9  the second page of Exhibit 13, the sale of
10  40,000 shares, is referring to the sale of
11  the two blocks of VEECO stock listed here on
12  the bottom of the master transaction summary
13  that is marked as Exhibit 12.
14  A     It appears to, yes.
15  Q     You'll note that the settlement dates
16  for both is listed as May 31, 2005?
17  A     Yes.
18  Q     Am I correct that the stock indicates
19  that the Steelworkers lost $353,103.80 on the
20  sale of this block of 40,000 shares?
21  A     Correct.
22  Q     Let's continue to look at Exhibit 12
23  for just a moment.
24        Do you have any knowledge of why the
25  Steelworkers made any of the purchases of

---

124

Hoffman

2  VEECO stock listed on Exhibit 12?
3  A     Repeat the question.
4  Q     Do you have any knowledge of why the
5  Steelworkers purchased any of the blocks of
6  shares of VEECO stock listed on Exhibit 12?
7  A     The only knowledge I have is that the
8  money manager, Fox, decided to do the
9  transaction.
10  Q     That is exactly what I'm asking. Do
11  you have any knowledge beyond that?
12  A     Not beyond that, no.
13  Q     Do you have any knowledge as to why
14  Fox Asset Management decided to purchase
15  those blocks of shares at that particular
16  point in time?
17  A     No.
18  Q     Do you have any knowledge why Fox
19  Asset Management sold these blocks of shares
20  listed on Exhibit 12 at a particular point in
21  time?
22  A     No direct knowledge.
23  Q     Do you have some indirect knowledge?
24  A     No, I have no indirect knowledge.
25  Q     Am I correct that you do not know what

---

125

Hoffman

2  information Fox Asset Management did or did
3  not rely on in deciding to execute these
4  transactions?
5  A     No, I do not.
6  Q     Did you ever have any discussions with
7  anyone else affiliated with the Steelworkers
8  Pension Trust concerning the advisability of
9  the Steelworkers investing in VEECO stock at
10  any point in time between November 3, 2003
11  and the present date?
12  A     No.
13  Q     I know you've testified that you
14  wouldn't have discussed that directly with
15  the money manager. I'm just asking whether
16  you ever off-line had a discussion of that
17  sort with anybody internally.
18  A     No.
19  Q     Look at paragraphs 45 through 56.
20  These are allegations relating to
21  transitional service agreement between VEECO
22  Instruments and Emcore.
23  A     Yes.
24  Q     Are you familiar with the substance of
25  the allegations in paragraphs 45 through 56?

---

126

Hoffman

2 A    What I was aware of when this document
3 was presented to me for signature was that
4 VEECO had purchased the TurboDisc from
5 another company and screwed it up pretty
6 badly by -- the original owner of TurboDisc
7 had outsourced a lot of the manufacturing
8 which VEECO attempted to bring in-house and
9 really screwed it up and made an inferior
10 product which caused them to lose customers
11 and caused them to have claims under
12 warranties skyrocket.  That is the general
13 knowledge that I had.
14 Q    Skim paragraphs 45 through 56, because
15 I think you're confusing some of the
16 allegations in the complaint.
17        MR. STOCK: I object to his
18        characterization of his testimony, but
19        continue.
20 A    You want me to read all of this?
21 Q    I think if you read it quickly, it
22 will probably bring it back to you.  It's
23 only about three or four pages I would like
24 to you look at.
25 A    My answer stands.  I was aware when I

127

Hoffman

2 reviewed this answer of a general sad history
3 of the acquisition of TurboDisc.  I wasn't
4 aware of all the details.  I probably was
5 advised of them somewhere along the line, but
6 I just had a general recollection.
7 Q    I wasn't trying to challenge your
8 answer.
9        Does this refresh your recollection
10 that you're alleging VEECO somehow improperly
11 recognized revenue relating to a transitional
12 service agreement between VEECO and Emcore?
13 A    Yes.
14 Q    To your knowledge, did VEECO ever
15 disclose or correct any improper recognition
16 of revenue relating to the transitional
17 service agreement during the first three
18 quarters of 2004?
19 A    No.
20 Q    In other words, that was not correct
21 in their restatement?
22        MR. STOCK: Object.  You
23        phrased it very differently.
24        MR. WALLIN: I'll rephrase the
25        question.

128

Hoffman

2 Q    Did VEECO's restatement of its
3 financial statement for the first three
4 quarters of 2004 reflect any correction or
5 adjustment of any revenue that VEECO had
6 originally recognized during the first three
7 quarters of 2004 relating to a transitional
8 service agreement between VEECO and Emcore?
9 A    I do not know.
10 Q    Are the Steelworkers purporting to
11 represent persons who purchased a block of
12 shares at some point after November 3, 2003
13 and sold their entire block of shares prior
14 to February 10, 2005?
15 A    I'm not sure of the dates, but we are
16 purporting to represent those who purchased
17 and sold shares within the class period.
18 Q    I think I can refer to this better.
19 Are you purporting to represent only those
20 purchasers of VEECO stock who continue to
21 hold VEECO stock as of February 10, 2005?
22 A    I don't know.  My understanding is we
23 represent as lead plaintiff those who lost
24 money on VEECO stock during that certain
25 period of time.  If someone is still holding

129

Hoffman

2 the stock, we don't know whether they're
3 going to lose money or not right now.
4 Q    Who made the decision on behalf of the
5 Steelworkers to sue VEECO?
6 A    Pardon?
7 Q    Who made the decision on behalf of the
8 Steelworkers to sue VEECO?
9 A    I did.
10 Q    Did anyone else participate in that
11 decision other than you?
12 A    With the Steelworkers?
13 Q    Yes.
14 A    No.
15 Q    Did you make that decision before or
16 after retaining counsel in this action?
17 A    We had relationship with counsel in
18 other cases, and they approached me and
19 discussed VEECO which I was somewhat familiar
20 with.  And they proposed the class action,
21 and I said, "Fine, I agree with that."
22 Q    What was the prior relationship with
23 counsel you're referring to?
24 A    They represent us in several other
25 class actions.

130

```
1              Hoffman
2  Q    Which ones?
3  A    I forget.
4  Q    Were they any of the actions listed on
5  Exhibit 10?
6         MR. STOCK:  Take a look at
7         Exhibit 10 to refresh your
8         recollection.
9  A    Oh, yes.
10 Q    Which ones?
11 A    Marsh & McLennon Companies Litigation.
12 Williams Securities Litigation.  Nortel
13 Networks, St. Paul Travelers, Pfizer, Baxter
14 International, Scudder Mutual.  We had a
15 relationship with these attorneys for a
16 number of years.
17 Q    Which particular individuals at Berger
18 & Montague have you had a relationship with?
19 A    Mainly Miss Parker.
20 Q    Any other attorneys?
21 A    This gentleman and some others.
22         MR. STOCK:  Shelly S-A-V-E-T-T
23         and Arthur Stock, who he's pointing
24         to.
25 Q    When were you first contacted by
```

131

```
1              Hoffman
2  counsel regarding a possible action by VEECO?
3  A    I don't remember.  It was sometime
4  during this early part of the year.
5  Q    Do you recall how soon after the
6  February 11th press release that I showed you
7  earlier?
8  A    How soon after they contacted me?  No,
9  I don't remember that.
10 Q    Can you approximate?
11 A    I would say several months, I would
12 say.
13 Q    Are the Steelworkers represented by
14 any other counsel in this action besides
15 Berger & Montague?
16 A    In securities litigation?
17 Q    In this action.
18 A    No.
19 Q    Have you spoken to any other attorneys
20 about a potential action against VEECO prior
21 to speaking to Berger & Montague?
22 A    No.
23 Q    Were you contacted by counsel in the
24 first instance or did you contact counsel in
25 the first instance?
```

132

```
1              Hoffman
2         MR. STOCK:  With respect to
3         this case in particular?
4         MR. WALLIN:  Yes.
5  A    Well, the first contact would have
6  come from us when we supplied them the
7  information which is done routinely.  We
8  supply Miss Parker with information on our
9  trades, and she will then contact me if she
10 thinks we might have an action.
11 Q    So you provide information to
12 Miss Parker on some sort of regular basis
13 independent of whether there is any impending
14 litigation?
15 A    Yes.
16 Q    How long has the Steelworkers had a
17 relationship with Berger & Montague?
18 A    A couple of years, at least.
19 Q    How did the Steelworkers come to have
20 a relationship with Berger & Montague?
21 A    Well, we had been the recipient of
22 class action settlements for years.  In the
23 WorldCom Bond litigation we hired the local
24 counsel here --
25         THE WITNESS:  What is the name?
```

133

```
1              Hoffman
2         MR. STOCK:  I don't know.  It
3         wasn't Berger & Montague.
4         THE WITNESS:  Dave Bershad.  We
5         had hired them in the WorldCom Bond
6         litigation which didn't turn out.
7         We're still going to collect something
8         through the SEC, and I began thinking
9         that we ought to have counsel who will
10        monitor the securities litigation.  I
11        didn't know of this law firm until I
12        asked around and I discovered them.
13 Q    How long after you were first
14 contacted by Miss Parker concerning a
15 potential action against VEECO did you decide
16 to actually go forward with an action against
17 VEECO?
18 A    Probably the same day.
19 Q    Was it during the same conversation?
20 A    Yes.
21 Q    Do you recall how long that
22 conversation was?
23 A    Long.
24 Q    More than an hour?
25 A    No.
```

134

Hoffman

1
2  Q    More than a half hour?
3  A    I would say about a half hour.
4  Q    To your knowledge, is anyone employed
5  by the Steelworkers Pension Trust ever worked
6  for Berger & Montague?
7  A    No, not to my knowledge.
8  Q    Or any relatives of anyone employed at
9  Steelworkers ever work at Berger & Montague?
10 A    Relative of employees?
11 Q    Yes.
12 A    Not to my knowledge.
13 Q    If there is a disagreement between the
14 Steelworkers Pension Trust and Miss Parker
15 about a strategic matter in this litigation,
16 are you under any obligation to do anything?
17 A    Rephrase -- say that again.
18 Q    If there is some disagreement between
19 you and your counsel concerning strategic
20 matter in this litigation, are you under any
21 obligation to do anything?
22       MR. STOCK:  Objection.
23 Unclear.
24       If you can answer, go ahead.
25       THE WITNESS:  Can I answer?

135

Hoffman

1
2       MR. STOCK:  If you can.
3  A    If there is any disagreement between
4  the Steelworkers Pension Trust and the law
5  firm, we make the decision.
6  Q    That's what I'm asking.
7  A    In other words, there are no
8  disagreements.
9  Q    Whose responsible for the cost of this
10 litigation on the plaintiff's side?
11 A    They are (pointing), contingent fee.
12 Q    Is that contingent fee memorialized in
13 any sort of written agreement?
14 A    No, I don't believe so.
15 Q    If this action goes forward for
16 whatever reason, the Steelworkers don't
17 receive any recovery, do you have any idea
18 whether the Steelworkers would have any
19 obligation to assume any other costs related
20 to the action?
21 A    If we have no obligation to the
22 attorneys in that case.
23 Q    Essentially what I'm asking is if the
24 court dismisses the action, do the
25 Steelworkers, are they able to walk away

136

Hoffman

1
2  without assuming any of the costs?
3  A    It costs us nothing.
4  Q    Have the Steelworkers been billed at
5  all by Berger & Montague in connection with
6  this action?
7  A    No.
8       MR. WALLIN:  I believe that's
9  all, Mr. Hoffman.
10       THE WITNESS:  Thank you.
11       MR. STOCK:  I do not have any
12 questions.  Deposition is completed.
13       (Time noted:  2:00 p.m.)
14
15
   --------------------------
16
   RICHARD S. HOFFMAN
17
   Subscribed and sworn to before me
18 this        day of        2005
19
20 --------------------------------
21    NOTARY PUBLIC
22
23
24
25

137

1
2          I N D E X
3          EXHIBITS
   FOR IDENTIFICATION   DESCRIPTION        PAGE
4
5    1    A document bearing production    20
          numbers SPT 01 through SPT 02
6    2    VEECO Instruments' 10-K form     58
          for fiscal year ending
7         December 31, 2003
8    3    A press release dated            89
          February 11, 2005 filed by
9         VEECO Instruments
10   4    A reply memorandum of law by     94
          Steelworkers Pension Trust
11
     5    A brief                          94
12
     6    A press release dated            98
13        November 3, 2003
14   7    A transcript of a conference     98
          call on November 3, 2003
15
     8    Consolidated amended class      101
16        action claim
17   9    A document bearing production   104
          numbers SPT 09 through SPT 10
18
     10   A document bearing production   104
19        numbers SPT 11 through SPT 12
20   11   A document bearing production   107
          numbers SPT 03 through SPT 08
21
22   12   A document                      113
23   13   A series of account statements 118
          from Fox Asset Management
24
25

Slimscript Copy:  IN RE: VEECO INSTRUMENTS, INC.: RICHARD S. HOFFMAN, 12/8/2005

138

```
 1
 2          I N D E X (CONTINUED)
 3       INFORMATION/DOCUMENTS REQUESTED
         DESCRIPTION                    PAGE
 4
         Production of Fox Asset          52
 5       Management report
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

139

```
 1
 2          C E R T I F I C A T E
 3          I, VILMA TORRES, hereby certify that the
 4   Examination Before Trial of RICHARD S. HOFFMAN was
 5   held before me on the 8th day of December, 2005;
 6   that said witness was duly sworn before the
 7   commencement of testimony; that the testimony was
 8   taken stenographically by myself and then
 9   transcribed by myself; that the party was
10   represented by counsel as appears herein;
11       That the within transcript is a true
12   record of the Examination Before Trial of said
13   witness;
14       That I am not connected by blood or
15   marriage with any of the parties; that I am not
16   interested directly or indirectly in the outcome
17   of this matter; that I am not in the employ of any
18   of the counsel.
19       IN WITNESS WHEREOF, I have hereunto set my
20   hand this     day of        , 2005.
21
22       - - - - - - - - - - - - -
                VILMA TORRES
23
24
25
```

Barrister Reporting Service, Inc.   120 Broadway, New York, N.Y. 10271          (212) 732-8066

140

1
2
                              ERRATA SHEET
3
        PAGE/LINE                        CORRECTION
4        _____        _____
5        _____        _____
         _____        _____
6        _____        _____
                          _____
7        _____        _____
         _____        _____
8        _____        _____
                          _____
9        _____        _____
                          _____
10       _____        _____
         _____        _____
11       _____        _____
         _____        _____
12       _____        _____
         _____        _____
13       _____        _____
         _____        _____
14       _____        _____
         _____        _____
15       _____        _____
         _____        _____
16       _____        _____
         _____        _____
17       _____        _____
         _____        _____
18       _____        _____
         _____        _____
19       _____        _____
         _____        _____
20       _____        _____
         _____        _____
21       _____        _____
         _____        _____
22       _____        _____
         _____        _____
23       _____        _____
         _____        _____
24       _____        _____
25