UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————x
In Re VEECO INSTRUMENTS, INC.,  :  05-MD-1695 (CM)
SECURITIES LITIGATION           :
———————————————————x
THIS DOCUMENT RELATES TO:       :
———————————————————x
AUGUST SCHUPP, III, derivatively on behalf of : 05-CV-10225 (CM)
VEECO INSTRUMENTS, INC.,         :
                                 :  **DECLARATION OF ROBERT I.**
            Plaintiff(s),        :  **HARWOOD IN SUPPORT OF**
                                 :  **PLAINTIFFS' MOTION FOR**
     v.                          :  **LEAVE TO AMEND THEIR**
                                 :  **CONSOLIDATED AMENDED**
EDWARD H. BRAUN, et al.,         :  **VERIFIED SHAREHOLDER**
                                 :  **DERIVATIVE COMPLAINT AND**
            Defendant(s),        :  **TO FILE A SECOND**
                                 :  **CONSOLIDATED AMENDED**
                                 :  **VERIFIED SHAREHOLDER**
                                 :  **DERIVATIVE COMPLAINT**
                                 :
———————————————————x
DAVID ALTMAN, derivatively on behalf of : 05-CV-10226 (CM)
VEECO INSTRUMENTS, INC.,         :
                                 :
            Plaintiff(s),        :
                                 :
     v.                          :
                                 :
EDWARD H. BRAUN, et al.,         :
                                 :
            Defendant(s)         :
———————————————————
                                 x

I, Robert I. Harwood, declare under penalty of perjury, as follows:

1. I am a partner of the law firm Wechsler Harwood LLP, counsel to Plaintiffs in this action.

2. Attached hereto as Exhibit A is a true and correct copy of Plaintiffs' Consolidated Amended Verified Shareholder Derivative Complaint filed on September 26, 2005.

3. Attached hereto as Exhibit B is a true and correct copy of Plaintiffs' (Proposed) Second Consolidated Amended Verified Shareholder Derivative Complaint.

Dated: November 7, 2006

                                                       \_\_\_\_s/ Robert I. Harwood\_
                                                            Robert I. Harwood