UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
In re VEECO INSTRUMENTS, INC.       :     Case No.: 7:05-md-01695 (CM)(GAY)
SECURITIES LITIGATION                :
------------------------------------------------------- x
------------------------------------------------------- x
THIS DOCUMENT RELATES TO            :
ALL ACTIONS                                    :

------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I, hereby certify that on February 28, 2007, a true and correct copy of Lead Plaintiff's Reply Memorandum of Law in Support of Motion to Vacate and Reverse the Discovery Order of Magistrate Judge George A. Yanthis Signed January 24, 2007 Pursuant to Federal Rule of Civil Procedure 72 was served upon the following Counsel via electronic means:

| | |
|---|---|
| John A. Herfort, Esq.<br>Robert J. Serio, Esq<br>J. Ross Wallin, Esq.<br>Colin R. Young, Esq.<br>**GIBSON, DUNN& CRUTCHER LLP**<br>200 Park Avenue<br>New York, NY 10166<br><br>*Counsel for Defendants*<br><br>Robert I. Harwood, Esq.<br>Jeffrey M. Norton, Esq.<br>Jennifer K. Hirsh, Esq.<br>**HARWOOD FEFFER LLP**<br>488 Madison Avenue<br>New York, NY 10022<br><br>*Counsel for Derivative Plaintiffs* | Nadeem Faruqi, Esq.<br>Shane T. Rowley, Esq.<br>Beth Keller, Esq.<br>**FARUQI & FARUQI LLP**<br>320 East 39th Street<br>New York, NY 10016<br><br>*Counsel for Derivative Plaintiffs*<br><br>Paul J. Scarlato, Esq.<br>Brian D. Penny, Esq.<br>**GOLDMAN SCARLATO & KARON, P.C.**<br>101 West Elm Street<br>Conshohocken, PA 19428<br><br>*Counsel for Derivative Plaintiffs* |

413842.wpd

Robert B. Weiser, Esq.
THE WEISER LAW FIRM, P.C.
121 North Wayne Ave.
Wayne, PA 19087

***Counsel for Derivative Plaintiffs***

_____
Jeffrey L. Osterwise

413842.wpd