UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
In re VEECO INSTRUMENTS, INC.            :      Case No.: 7:05-md-01695 (CM)(GAY)
SECURITIES LITIGATION                    :
------------------------------------------------------- x
------------------------------------------------------- x
THIS DOCUMENT RELATES TO                 :
ALL ACTIONS                              :

------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I, hereby certify that on March 6, 2007, a true and correct copy of Lead Plaintiff's Reply Memorandum of Law In Further Support of Motion to Compel Defendants to Produce Electronic Discovery; Declaration of Phyllis M. Parker in Support of Lead Plaintiff's Reply Memorandum of Law In Further Support of Motion to Compel Defendants to Produce Electronic Discovery and Declaration of Jeffrey L. Osterwise in Support of Lead Plaintiff's Reply Memorandum of Law In Further Support of Motion to Compel Defendants to Produce Electronic Discovery was served upon the following Counsel via electronic means:

John A. Herfort, Esq.
Robert J. Serio, Esq
J. Ross Wallin, Esq.
Colin R. Young, Esq.
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166

*Counsel for Defendants*

Nadeem Faruqi, Esq.
Shane T. Rowley, Esq.
Beth Keller, Esq.
**FARUQI & FARUQI LLP**
320 East 39th Street
New York, NY 10016

*Counsel for Derivative Plaintiffs*

Robert I. Harwood, Esq.
Jeffrey M. Norton, Esq.
Jennifer K. Hirsh, Esq.
**HARWOOD FEFFER LLP**
488 Madison Avenue
New York, NY 10022

*Counsel for Derivative Plaintiffs*

Paul J. Scarlato, Esq.
Brian D. Penny, Esq.
**GOLDMAN SCARLATO & KARON, P.C.**
101 West Elm Street
Conshohocken, PA 19428

*Counsel for Derivative Plaintiffs*

413984_05.wpd

Robert B. Weiser, Esq.
**THE WEISER LAW FIRM, P.C.**
121 North Wayne Ave.
Wayne, PA 19087

*Counsel for Derivative Plaintiffs*

_____
Jeffrey L. Osterwise

413984_05.wpd