**MEMO ENDORSED**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

```
----------------------------------------------- x
In re VEECO INSTRUMENTS, INC.          :
SECURITIES LITIGATION                  :
----------------------------------------------- x
----------------------------------------------- x
THIS DOCUMENT RELATES TO               :
ALL ACTIONS                            :
----------------------------------------------- x
```

Case No.: 7:05-md-01695 (CM)(GAY)

```
┌─────────────────────────────────┐
│ USDS SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____            │
│ DATE FILED: _____           │
└─────────────────────────────────┘
```

## NOTICE OF MOTION AND MOTION FOR PARTIAL
## RECONSIDERATION OF THE COURTS MARCH 9, 2007 ORDER

PLEASE TAKE NOTICE that, upon the papers to be filed with this Court, and all prior papers and proceedings herein, Lead Plaintiff, by their counsel Berger & Montague, P.C., shall respectfully move this Court, before the Honorable Colleen McMahon, United States District Judge, at a date and time to be determined by the Court, for an Order, pursuant to Rule 6.3 of the Local Civil Rules of the Southern District of New York, granting partial reconsideration of the Court's March 9, 2007 Decision and Order Denying Lead Plaintiff's Motion to Vacate and Reverse the Discovery Order of Magistrate Judge George A. Yanthis Dated January 24, 2007.

Lead Plaintiff seeks partial reconsideration of the Court's March 9, 2007 Decision and Order for the reasons set forth in its supporting Memorandum of Law which is fully incorporated herein by reference.

PLEASE TAKE FURTHER NOTICE that Lead Plaintiff will rely on the supporting Memorandum of Law, Declaration of Jeffrey L. Osterwise, and accompanying Exhibits filed herewith.

3/28/07

*Defendant must file a response to the motion by 5 pm on Friday, March 30. I will see Counsel in White Plains next Wednesday morning at 9 AM ! Colle M M*

Dated: March 23, 2007                    BERGER & MONTAGUE, P.C.

                          By: _____
                                 Sherrie R. Savett
                                 Carole A. Broderick
                                 Phyllis M. Parker
                                 Jeffrey L. Osterwise
                                 Shoshana T. Savett
                                 1622 Locust Street
                                 Philadelphia, PA 19103
                                 Telephone: (215) 875-3000
                                 Facsimile: (215) 875-4674

                                 *Lead Counsel for Lead Plaintiff and the
                                 Class*

413172_01.wpd