## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------- x
In re VEECO INSTRUMENTS, INC.          :        Case No.: 7:05-md-01695 (CM)(GAY)
SECURITIES LITIGATION                  :
------------------------------------------------------- x
------------------------------------------------------- x
THIS DOCUMENT RELATES TO               :
ALL ACTIONS                            :

------------------------------------------------------- x
```

### CERTIFICATE OF SERVICE

I, hereby certify that on May 14, 2007, a true and correct copy of Lead Plaintiff's Notice of

Motion and Motion for Entry of an Order Approving Notice of Pendency of Class Action and Notice

Procedures; Lead Plaintiff's Memorandum of Law in Support of Motion for Entry of an Order

Approving Notice of Pendency of Class Action and Notice Procedures; [Proposed] Order Granting

Lead Plaintiff's Motion for Entry of an Order Approving Notice of Pendency of Class Action and

Notice Procedures; Declaration of Phyllis M. Parker in Support of Lead Plaintiff's Memorandum

of Law in Support of Motion for Entry of an Order Approving Notice of Pendency of Class Action

and Notice Procedures and Exhibits were served upon the following Counsel via electronic means:

John A. Herfort, Esq.
Robert J. Serio, Esq
J. Ross Wallin, Esq.
Colin R. Young, Esq.
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166

*Counsel for Defendants*

Robert I. Harwood, Esq.
Jeffrey M. Norton, Esq.
Jennifer K. Hirsh, Esq.
**HARWOOD FEFFER LLP**
488 Madison Avenue
New York, NY 10022

Nadeem Faruqi, Esq.
Shane T. Rowley, Esq.
Beth Keller, Esq.
**FARUQI & FARUQI LLP**
369 Lexington Ave., 10th Floor
New York, NY 10017

Paul J. Scarlato, Esq.
Brian D. Penny, Esq.
**GOLDMAN SCARLATO & KARON, P.C.**
101 West Elm Street
Conshohocken, PA 19428

*Counsel for Derivative Plaintiffs*

Robert B. Weiser, Esq.
**THE WEISER LAW FIRM, P.C.**
121 North Wayne Ave.
Wayne, PA 19087

*Counsel for Derivative Plaintiffs*

_____
Phyllis M. Parker