## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------- x
In re VEECO INSTRUMENTS, INC.          :        Case No.: 7:05-md-01695 (CM)(GAY)
SECURITIES LITIGATION                  :
-------------------------------------------------- x
-------------------------------------------------- x
THIS DOCUMENT RELATES TO               :
ALL ACTIONS                            :
-------------------------------------------------- x
```

### NOTICE OF MOTION AND MOTION FOR AN ORDER
### GRANTING LEAD PLAINTIFF'S FIRST MOTION IN *LIMINE*

PLEASE TAKE NOTICE that, upon the papers to be filed with this Court, and all prior

papers and proceedings herein, Lead Plaintiff, by their counsel Berger & Montague, P.C., shall

respectfully move this Court, before the Honorable Colleen McMahon, United States District Judge,

at a date and time to be determined by the Court, for an Order, granting Lead Plaintiff's First Motion

in *Limine*.

PLEASE TAKE FURTHER NOTICE that Lead Plaintiff will rely on the supporting

Memorandum of Law and Declaration of Phyllis M. Parker, filed herewith.

PLEASE TAKE FURTHER NOTICE that Lead Plaintiff has attached a Proposed Form of

Order hereto.

Dated: June 6, 2007

BERGER & MONTAGUE, P.C.

By: _____
Sherrie R. Savett
Carole A. Broderick
Phyllis M. Parker
Jeffrey L. Osterwise
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4674

*Lead Counsel for Lead Plaintiff and the Class*