# EXHIBIT H TO THE PRETRIAL ORDER – TO BE SUBMITTED SEPARATELY BY PLAINTIFFS

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------- x

In re VEECO INSTRUMENTS, INC.      :
SECURITIES LITIGATION      :

     Case No.: 7:05-md-01695 (CM)(GAY)

----------------------------------------------------- x

----------------------------------------------------- x

THIS DOCUMENT RELATES TO      :
ALL ACTIONS      :

----------------------------------------------------- x


# LEAD PLAINTIFF'S DEPOSITION DESIGNATIONS

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------- x
In re VEECO INSTRUMENTS, INC.        :      Case No.: 7:05-md-01695 (CM)(GAY)
SECURITIES LITIGATION                :
------------------------------------------------- x
------------------------------------------------- x
THIS DOCUMENT RELATES TO             :
ALL ACTIONS                          :
------------------------------------------------- x
```

## MARLIN BRAUN DEPOSITION DESIGNATION
### MARCH 23, 2007
### MINNEAPOLIS, MINNESOTA

| Pages & Lines | | Pages & Lines | |
|---|---|---|---|
| 6:5-14 | | 60:10 - 61:8 | |
| 11:4-8 | | 61:10 - 62:14 | |
| 11:10-18 | | 62:16 | |
| 12:4-8 | | 71:8 - 72:4 | |
| 13:25 - 14:3 | | 72:6-14 | |
| 25:3-13 | | 72:16-22 | |
| 25:15-25 | | 72:24 - 73:8 | |
| 28:20 - 29:1 | | 73:10-15 | |
| 29:15 - 31:20 | | 73:23-25 | |
| 35:21 - 36:13 | | 76:21-25 | |
| 36:16-25 | | | |
| 37:7-8 | | | |
| 37:11-18 | | | |
| 37:22 - 39:16 | | | |
| 42:2-4 | | | |
| 48:15 - 49:13 | | | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------ x
In re VEECO INSTRUMENTS, INC.         :          Case No.: 7:05-md-01695 (CM)(GAY)
SECURITIES LITIGATION                 :
------------------------------------------------ x
------------------------------------------------ x
THIS DOCUMENT RELATES TO              :
ALL ACTIONS                           :
------------------------------------------------ x
```

**HERMAN BIRNBAUM DEPOSITION DESIGNATION**
**DECEMBER 19, 2006**
**PHILADELPHIA, PA**

| Pages & Lines | | Pages & Lines | |
|---|---|---|---|
| 13:13 - 14:15 | | 94:19 - 97:15 | |
| 19:16-21 | | 97:18 - 98:5 | |
| 20:3-6 | | 98:9-22 | |
| 32:16 - 33:22 | | 98:24 - 99:12 | |
| 34:4-13 | | 102:15 - 104:8 | |
| 34:22 - 37:24 | | 106:16 - 107:3 | |
| 39:22 - 41:1 | | 110:5 - 111:24 | |
| 41:2 -7 | | 112:1-18 | |
| 41:16 - 43:11 | | 112:22 - 113:16 | |
| 56:18 - 57:13 | | 114:23 - 115:3 | |
| 62:3 - 63:9 | | 115:7-11 | |
| 63:13 - 65:9 | | 115:14-24 | |
| 66:23 - 69:16 | | 118:22 - 119:4 | |
| 69:19 - 72:16 | | 119:10-20 | |
| 87:19 - 89:22 | | 119:23 - 120:2 | |
| 92:8 - 94:18 | | 120:5-19 | |

| Pages & Lines | | Pages & Lines | |
|---|---|---|---|
| 121:3-5 | | 156:9-14 | |
| 121:17 - 20 | | 158:23 - 159:4 | |
| 121:22 - 23 | | 168:21 - 169:13 | |
| 122:2 - 123:5 | | 172:1 - 174:2 | |
| 123:8-23 | | 174:5-9 | |
| 124:2-18 | | 174:12-19 | |
| 124:24 - 127:11 | | 174:22 | |
| 127:14 | | 178:3-8 | |
| 129:7-15 | | 179-10-23 | |
| 131:5-23 | | 180:2-15 | |
| 132:11 | | 187:9 - 189:2 | |
| 133:4-9 | | 195:9-19 | |
| 138:15-23 | | 241:10 - 242:8 | |
| 139:15-22 | | 242:11-17 | |
| 140:1-6 | | 244:3-8 | |
| 140:9-22 | | 248:3-7 | |
| 142:6 - 143:21 | | 248:10-15 | |
| 143:24 - 144:24 | | 248:18-19 | |
| 145:3-11 | | | |
| 145:14 - 146:3 | | | |
| 146:6 - 147:2 | | | |
| 147:5 | | | |
| 150:7 -20 | | | |
| 151:15-20 | | | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- x
In re VEECO INSTRUMENTS, INC.      :      Case No.: 7:05-md-01695 (CM)(GAY)
SECURITIES LITIGATION              :
------------------------------------------------- x
------------------------------------------------- x
THIS DOCUMENT RELATES TO           :
ALL ACTIONS                        :
------------------------------------------------- x

WILLIAM DODGE OF FOX ASSET MANAGEMENT
ASSET MANAGER OF STEELWORKERS PENSION TRUST
DEPOSITION DESIGNATION
DECEMBER 15, 2005
NEW YORK, NY

| Pages & Lines | | Pages & Lines | |
|---|---|---|---|
| 15:19-22 | | | |
| 42:1-18 | | | |
| 43:17-21 | | | |
| 47:15 - 48:4 | | | |
| 59:7-15 | | | |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------ x
In re VEECO INSTRUMENTS, INC.          :          Case No.: 7:05-md-01695 (CM)(GAY)
SECURITIES LITIGATION                  :
------------------------------------------------ x
------------------------------------------------ x
THIS DOCUMENT RELATES TO               :
ALL ACTIONS                            :
------------------------------------------------ x
```

## DAVID HOPMANN DEPOSITION DESIGNATION
### MARCH 21, 2007
### MINNEAPOLIS, MN

| Pages & Lines | | Pages & Lines | |
|---|---|---|---|
| 6:2-6 | | 62:6-20 | |
| 8:1-6 | | 63:13 - 65:3 | |
| 8:11 - 10:12 | | 65:6-10 | |
| 24:9-11 | | | |
| 24:13-15 | | | |
| 37:24 - 38:17 | | | |
| 39:10-23 | | | |
| 41:11-25 | | | |
| 43:22-23 | | | |
| 43:25 - 44:23 | | | |
| 45:3-13 | | | |
| 45:15-24 | | | |
| 47:11 - 48:7 | | | |
| 51:7 - 52:4 | | | |
| 57:19 - 58:6 | | | |
| 58:8-15 | | | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------- x
In re VEECO INSTRUMENTS, INC.          :          Case No.: 7:05-md-01695 (CM)(GAY)
SECURITIES LITIGATION                  :
-------------------------------------------------- x
-------------------------------------------------- x
THIS DOCUMENT RELATES TO               :
ALL ACTIONS                            :
-------------------------------------------------- x

JAMIE SILLETT DEPOSITION DESIGNATION
MAY 10, 2007
NEW YORK, NY

| Pages & Lines | | Pages & Lines | |
|---|---|---|---|
| 65:9-24 | | | |
| 73:7-10 | | | |
| 73:12-19 | | | |
| 76:1-25 | | | |
| 77:2-3 | | | |
| 77:6-10 | | | |
| 78:1-5 | | | |
| 86:8-14 | | | |
| 100:6-25 | | | |
| 101:2-3 | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------- x
In re VEECO INSTRUMENTS, INC.         :         Case No.: 7:05-md-01695 (CM)(GAY)
SECURITIES LITIGATION                 :
------------------------------------------------- x
------------------------------------------------- x
THIS DOCUMENT RELATES TO              :
ALL ACTIONS                           :
------------------------------------------------- x
```

## DAVID BONAGURA DEPOSITION DESIGNATION
### APRIL 18, 2007
### NEW YORK, NY

| Pages & Lines | | Pages & Lines | |
|---|---|---|---|
| 4:13-16 | | 26:20 | |
| 4:20 - 7:15 | | 26:23-24 | |
| 9:19 - 10:10 | | 27:4 | |
| 10:21-24 | | 27:14 - 28:2 | |
| 11:1-22 | | 31:19 - 31:22 | |
| 20:21 - 21:20 | | 31:25 - 32:6 | |
| 24:5-9 | | 32:9 | |
| 24:12 | | 32:17-24 | |
| 24:13-16 | | 33:3 | |
| 24:20 - 25:5 | | 33:4-10 | |
| 25:7 - 25:18 | | 33:13 | |
| 25:20 | | 33:19 - 34:4 | |
| 25:22 - 26:2 | | 34:7 | |
| 26:4 | | 34:8-21 | |
| 26:5-9 | | 34:24 | |
| 26:12 | | 34:25 - 35:8 | |

| Pages & Lines | | Pages & Lines | |
|---|---|---|---|
| 35:16 | | 72:23 | |
| 35:17 - 36:5 | | 73:9-11 | |
| 36:8-13 | | 73:14 | |
| 36:15-17 | | 74:14-25 | |
| 36:20-23 | | 99:10-14 | |
| 37:4-9 | | 99:17-23 | |
| 37:12-17 | | 100:3-14 | |
| 38:7-12 | | 100:17-24 | |
| 38:15-19 | | 111:5-8 | |
| 39:10-16 | | 116:5-10 | |
| 39:21 - 40:5 | | 116:13-24 | |
| 41:21-24 | | 117:3-14 | |
| 42:13-15 | | 117:17-24 | |
| 47:3-7 | | 118:7 | |
| 47:10 | | 118:10 | |
| 47:11-13 | | 121:14-20 | |
| 47:16 | | 121:23 | |
| 51:8-13 | | 121:24 | |
| 51:16-19 | | 122:18-20 | |
| 55:20-23 | | | |
| 55:25 - 56:4 | | | |
| 56:7-8 | | | |
| 56:10-19 | | | |
| 72:15-18 | | | |
| 72:21 | | | |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

```
----------------------------------------------- x
In re VEECO INSTRUMENTS, INC.          :        Case No.: 7:05-md-01695 (CM)(GAY)
SECURITIES LITIGATION                  :
----------------------------------------------- x
----------------------------------------------- x
THIS DOCUMENT RELATES TO               :
ALL ACTIONS                            :
----------------------------------------------- x
```

## ALEX FREDERICKS DEPOSITION DESIGNATION
### FEBRUARY 20, 2007
### NEW YORK, NY

| Pages & Lines | | Pages & Lines | |
|---|---|---|---|
| 12:16-19 | | 32:23 | |
| 16:17-21 | | 39:8-16 | |
| 18:4-8, 10 | | 49:21-25 | |
| 23:7-11 | | 50:4 | |
| 25:4-8 | | 61:18-20, 23-24 | |
| 25:9 | | 62:4-7 | |
| 25:15-16 | | 63:5-9 | |
| 25:17-23 | | 63:12 | |
| 26:2-3 | | 64:5-7 | |
| 26:22-25 | | 65:15-24 | |
| 27:2-3 | | 67:7-11 | |
| 27:6-13 | | 67:13-15 | |
| 27:16-23 | | 69:14-17 | |
| 29:23-25 | | 69:20-24 | |
| 30:2-4 | | 69:25 - 70:10 | |
| 32:11-14 | | 70:13-19 | |

| Pages & Lines | | Pages & Lines | |
|---|---|---|---|
| 70:22-23 | | 98:23-25 | |
| 75:15-21 | | 99:2-6, 9 | |
| 77:5-7 | | 101:21-25 | |
| 77:9-20 | | 108:25 - 109:12 | |
| 77:22-23 | | 110:9-16 | |
| 79:24-25 - 80:3 | | 112:19-25 | |
| 80:25 - 81:6 | | 113:4-7 | |
| 82:8-10 | | 115:3-7 | |
| 85:19 - 88:15 | | 116:10-24 | |
| 88:17-19 | | 117:2-5 | |
| 90:7-9 | | 118:20-24 | |
| 90:12-21 | | 118:25 | |
| 90:24 | | 119:2, 8-9 | |
| 91:4-6 | | 120:20-24 | |
| 91:19-25 | | 126:22-25 | |
| 92:5-12 | | 127:2-11 | |
| 92:15-17 | | 128:2-4 | |
| 92:23-25 | | 128:8-10 | |
| 93:2-4 | | 132:11-17 | |
| 93:7-13 | | 132:21 | |
| 93:23-25 | | 132:24-25 | |
| 94:2-15 | | 133:4-5 | |
| 95:11-25 | | 138:22-25 | |
| 96:2 | | 139:2-25 | |

| Pages & Lines | | Pages & Lines | |
|---|---|---|---|
| 140:2-14 | | 177:16-19 | |
| 141:12-25 | | 177:22-23 | |
| 142:2-4 | | 183:7-25 | |
| 148:21-25 | | 184:2-7 | |
| 149:2-25 | | 184:18-24 | |
| 150:2-15 | | 185:2-5 | |
| 159:11-16 | | 188:13-20 | |
| 160:2-12 | | 192:10-24 | |
| 160:15-17 | | 196:9-24 | |
| 160:22-25 | | 198:17-25 | |
| 168:2-8 | | 199:2-6 | |
| 168:12-15 | | 202:21-25 | |
| 168:17-25 | | 203:2-3 | |
| 169:2-15 | | 203:6-7 | |
| 169:20-21 | | 203:14-20 | |
| 169:23-24 | | 203:23-25 | |
| 170:8-12 | | 204:2 | |
| 170:15 | | 204:5-6 | |
| 172:12-17 | | 205:8-10 | |
| 172:18-20 | | 205:13-15 | |
| 172:23-25 | | 205:21-23 | |
| 173:2-15 | | 206:14-20 | |
| 173:21-25 | | 207:2-6 | |
| 176:3-7 | | 207:9-23 | |
| 174:2-18 | | 208:3-12 | |

3

| Pages & Lines | | Pages & Lines | |
|---|---|---|---|
| 208:18-25 | | 247:6-9 | |
| 209:12-14 | | 247:12-13 | |
| 211:11-16 | | 248:16-19 | |
| 217:10-12 | | 248:20-22 | |
| 217:15 | | 248:25 | |
| 222:20-25 | | 249:2 | |
| 223:2-6 | | 251:5-11 | |
| 223:9-11 | | 215:15-17 | |
| 223:18-25 | | 251:20-24 | |
| 224:2-4 | | | |
| 224:10-15 | | | |
| 224:18-19 | | | |
| 224:20-23 | | | |
| 226:6-8 | | | |
| 226:14-15 | | | |
| 230:14-15 | | | |
| 231:2-25 | | | |
| 232:2-12 | | | |
| 232:14-15 | | | |
| 233:9-11 | | | |
| 233:14-16 | | | |
| 244:7-11 | | | |
| 244:21-22 | | | |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------ x
In re VEECO INSTRUMENTS, INC.          :        Case No.: 7:05-md-01695 (CM)(GAY)
SECURITIES LITIGATION                  :
------------------------------------------------ x
------------------------------------------------ x
THIS DOCUMENT RELATES TO               :
ALL ACTIONS                            :
------------------------------------------------ x
```

## BRUCE HUFF DEPOSITION DESIGNATION
### FEBRUARY 9, 2007
### PHILADELPHIA, PA

| Pages & Lines | | Pages & Lines | |
|---|---|---|---|
| 10:23-24 | | 21:1-24 | |
| 11:1-7 | | 22:1-13 | |
| 11:8-9 | | 22:16-24 | |
| 11:12-24 | | 23:1-24 | |
| 12:1-8 | | 24:1-4 | |
| 14:4-24 | | 25:20-24 | |
| 15:1-13 | | 26:1 - 28:14 | |
| 16:10-24 | | 29:3-15 | |
| 17:1-14 | | 23:18-24 | |
| 17:20 | | 30:2-6 | |
| 17:24 | | 30:9-24 | |
| 18:1-6 | | 31:1-8 | |
| 18:9-12 | | 31:13-14 | |
| 18:14-24 | | 31:16-23 | |
| 19:1-24 | | 32:2-6 | |
| 20:1-24 | | 34:11-21 | |

| Pages & Lines | | Pages & Lines | |
|---|---|---|---|
| 35:5-24 | | 43:23-24 | |
| 36:3-5 | | 44:2-21 | |
| 36:8-24 | | 44:24 | |
| 37:1 | | 45:1-7 | |
| 37:4-22 | | 46:8-19 | |
| 38:5-14 | | 46:20-24 | |
| 38:17-23 | | 47:1-15 | |
| 39:2-4 | | 47:23-24 | |
| 39:6-12 | | 48:1-23 | |
| 39:15-24 | | 49:2-5 | |
| 40:1 | | 49:7-9 | |
| 40:4-5 | | 49:12-24 | |
| 40:7-13 | | 50:1-24 | |
| 40:21-24 | | 51:1-24 | |
| 41:1-12 | | 52:1-10 | |
| 41:15-18 | | 54:8-24 | |
| 41:20-24 | | 55:1-11 | |
| 42:1-6 | | 55:13-14 | |
| 42:8-12 | | 55:16-24 | |
| 42:14-23 | | 56:1-24 | |
| 43:2-3 | | 57:1-4 | |
| 43:5-11 | | 58:14-24 | |
| 43:14-16 | | 59:1-6 | |
| 43:18-20 | | 59:20-24 | |

| Pages & Lines | | Pages & Lines | |
|---|---|---|---|
| 60:1-16 | | 87:1 - 89:18 | |
| 60:20-24 | | 91:14-15 | |
| 61:1-23 | | 92:3-10 | |
| 62:5-24 | | 92:13-14 | |
| 63:1-24 | | 92:17-18 | |
| 64:3-24 | | 92:19-23 | |
| 65:1-22 | | 93:1-25 | |
| 66:1-6 | | 94:1-2 | |
| 66:11-12 | | 97:24 | |
| 67:17-24 | | 98:1-7 | |
| 68:1-5 | | 98:20-24 | |
| 68:10-24 | | 99:1-17 | |
| 69:1-16 | | 99:20-21 | |
| 70:17-21 | | 99:23-24 | |
| 71:3-24 | | 100:1-3 | |
| 72:24 | | 100:9-17 | |
| 73:1 - 74:18 | | 100:20-22 | |
| 75:2-10 | | 100:24 | |
| 75:16-22 | | 101:1-12 | |
| 76:15-24 | | 101:17-21 | |
| 77:1-24 | | 103:8-14 | |
| 78:1-11 | | 103:17-24 | |
| 82:22-24 | | 104:1-25 | |
| 83:1-4 | | 105:1-25 | |
| 86:20-24 | | 107:13-24 | |

| Pages & Lines | | Pages & Lines | |
|---|---|---|---|
| 108:1-24 | | 132:13-24 | |
| 109:1-2 | | 133:1-9 | |
| 109:7-24 | | 133:10-15 | |
| 110:1-7 | | 133:22-24 | |
| 110:13-14 | | 134:1-16 | |
| 111:10-24 | | 134:22-24 | |
| 112:1-24 | | 135:1-24 | |
| 113:1-6 | | 136:1-24 | |
| 114:10-24 | | 139:24 | |
| 115:1-14 | | 140:1-3 | |
| 115:19-24 | | 140:6-10 | |
| 116:1-24 | | 141:5-7 | |
| 121:22-24 | | 141:16-18 | |
| 122:1-17 | | 141:20-24 | |
| 122:20-21 | | 142:1-23 | |
| 123:15-24 | | 143:7-24 | |
| 124:1 | | 144:4-12 | |
| 124:15-20 | | 145:1-24 | |
| 125:1-21 | | 146:1 | |
| 126:1-22 | | 146:9-15 | |
| 128:1-24 | | 147:2-12 | |
| 129:1-24 | | 148:1-24 | |
| 130:1-24 | | 149:1-24 | |
| 131:1-24 | | 150:1-24 | |
| 132:1-8 | | 151:1-24 | |

4

| Pages & Lines | | Pages & Lines | |
|---|---|---|---|
| 153:1-5 | | 182:15-24 | |
| 153:8-24 | | 184:13-24 | |
| 154:1-23 | | 185:1-24 | |
| 156:12-24 | | 186:1-21 | |
| 157:1-3 | | 188:19-24 | |
| 157:8-24 | | 189:1-3 | |
| 158:6-10 | | 189:18-24 | |
| 159:5-10 | | 190:1-24 | |
| 159:20-22 | | 191:6-24 | |
| 162:5-13 | | 192:1-24 | |
| 162:16-20 | | 193:1-9 | |
| 162:22-24 | | 195:1-12 | |
| 163:1-3 | | 196:16-24 | |
| 163:20-23 | | 197:1-24 | |
| 164:2-7 | | 198:1 - 199:6 | |
| 166:24 | | 201:5-18 | |
| 167:1-24 | | 201:18 | |
| 168:1-24 | | 201:24 | |
| 173:1-24 | | 202:1-24 | |
| 174:1-15 | | 202:1-24 | |
| 175:4-17 | | 203:1-24 | |
| 178:6-24 | | 204:1-8 | |
| 179:1-15 | | 205:13-24 | |
| 181:10-24 | | 206:1-9 | |
| 182:1-13 | | 207:5-24 | |

| Pages & Lines | | Pages & Lines | |
|---|---|---|---|
| 208:1-24 | | 230:1-17 | |
| 209:1-24 | | 230:20-21 | |
| 210:1-2 | | 231:9 - 233:15 | |
| 210:5-24 | | 233:20-24 | |
| 211:1 - 212:10 | | 234:1-3 | |
| 213:7-24 | | 234:5-15 | |
| 214:1-2 | | 234:18-19 | |
| 214:12-24 | | 235:17-24 | |
| 215:1-13 | | 236:1-14 | |
| 215:17-24 | | 236:16-18 | |
| 216:1-24 | | 236:20-24 | |
| 217:1-3 | | 238:16-24 | |
| 217:17-24 | | 239:1-18 | |
| 218:1 - 219:24 | | 240:4-24 | |
| 220:22-24 | | 241:2-16 | |
| 221:1 - 222:4 | | 244:10-24 | |
| 222:7-24 | | 245:1-24 | |
| 224:18-24 | | 247:7-24 | |
| 225:1-24 | | 248:8-19 | |
| 226:1-18 | | 249:1-7 | |
| 226:21-24 | | 251:12-24 | |
| 227:1-23 | | 252:1-24 | |
| 228:1-24 | | 253:1-2 | |
| 229:1-13 | | 255:2-24 | |
| 229:22-24 | | 256:3-7 | |

| Pages & Lines | | Pages & Lines | |
|---|---|---|---|
| 257:23-24 | | 286:14-24 | |
| 258:1-9 | | 287:1 - 292:13 | |
| 258:13-24 | | 293:2-24 | |
| 261:11-24 | | 294:1 - 296:6 | |
| 262:1-16 | | 296:13-24 | |
| 263:4-24 | | 297:1-24 | |
| 264:1-24 | | 298:1-24 | |
| 265:1-24 | | 299:1-24 | |
| 266:1-24 | | 300:1-16 | |
| 267:7-24 | | 301:6-24 | |
| 268:1-24 | | 302:1-20 | |
| 275:4-7 | | 302:23-24 | |
| 275:18-24 | | 303:1-13 | |
| 276:1-15 | | 304:8-16 | |
| 277:1-24 | | 304:19-24 | |
| 278:1-24 | | 305:1-24 | |
| 279:1-6 | | 306:1-3 | |
| 279:9-24 | | 306:9-14 | |
| 280:1-21 | | 306:18-24 | |
| 280:24 | | 307:1-17 | |
| 281:1-5 | | 307:21-23 | |
| 282:17-24 | | 308:1-3 | |
| 283:1-3 | | 308:6-9 | |
| 283:6-24 | | 308:11-21 | |
| 284:1-24 | | 308:24 | |

| Pages & Lines | | Pages & Lines | |
|---|---|---|---|
| 309:1 | | 328:15-24 | |
| 309:11-14 | | 329:1 | |
| 309:17-24 | | 329:4-12 | |
| 310:1-11 | | 329:16-20 | |
| 310:13-24 | | 330:1-6 | |
| 311:1-24 | | 330:19-23 | |
| 312:1-5 | | 331:13-18 | |
| 312:20-24 | | 331:24 | |
| 313:1-24 | | 332:1-9 | |
| 314:1-2 | | 332:15-21 | |
| 314:10-15 | | 332:24 | |
| 314:11-20 | | 333:1-8 | |
| 316:9-14 | | 333:15-23 | |
| 316:19-24 | | 334:1-4 | |
| 317:1-5 | | 334:9-24 | |
| 317:17-19 | | 335:2-4 | |
| 321:20-24 | | 335:6-8 | |
| 323:19-24 | | 335:11-24 | |
| 324:1-3 | | 336:1-2 | |
| 324:18-24 | | 336:6 | |
| 325:1-6 | | 335:19-24 | |
| 325:12-16 | | 338:23-24 | |
| 325:19-20 | | 339:1-20 | |
| 326:1-24 | | 341:10-16 | |
| 327:1-3 | | | |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x
In re VEECO INSTRUMENTS, INC.            :      Case No.: 7:05-md-01695 (CM)(GAY)
SECURITIES LITIGATION                    :
------------------------------------------------x
------------------------------------------------x
THIS DOCUMENT RELATES TO                 :
ALL ACTIONS                              :
------------------------------------------------x

## THOMAS VOLLMER DEPOSITION DESIGNATION
### JANUARY 10, 2007
### NEW YORK, NY

| Pages & Lines | | Pages & Lines | |
|---|---|---|---|
| 12:23-25 | | 44:5-25 | |
| 13:2-25 | | 45:2 | |
| 14:2-4 | | 47:13-25 | |
| 19:14-23 | | 48:2-13 | |
| 26:2-5, 7 | | 48:15-25 | |
| 26:18-21 | | 49:2-14 | |
| 30:3-6 | | 49:16-22 | |
| 30:18-21 | | 50:4-15 | |
| 31:15-24 | | 52:9-15 | |
| 32:5-13 | | 53:4-25 | |
| 33:17-23 | | 55:2-11 | |
| 33:25 | | 61:21-24 | |
| 34:2-5 | | 62:16-25 | |
| 35:2-5 | | 64:3-17 | |
| 35:8-14 | | 64:1-20 | |
| 43:4-21 | | 65-:9-13 | |

| Pages & Lines | | Pages & Lines | |
|---|---|---|---|
| 65:15-25 | | 94:7-23 | |
| 66:4 | | 95:6-11 | |
| 66:9-20 | | 95:14-20 | |
| 66:22 | | 96:3 | |
| 67:18-23 | | 96:19-25 | |
| 72:15-25 | | 97:2-25 | |
| 73:2-5 | | 98:2-28 | |
| 73:13-25 | | 99:2-5 | |
| 74:5-7 | | 101:4-7 | |
| 74:8-15 | | 102:3-25 | |
| 74:18-23 | | 103:2-17 | |
| 75:8-12 | | 105:12-17 | |
| 75:14-20 | | 106:9 | |
| 77:24-25 | | 109:9-15 | |
| 78:2-13 | | 111:12-18 | |
| 83:21-24 | | 112:2-11 | |
| 90:7-25 | | 113:7-8 | |
| 91:2-14 | | 113:11-13 | |
| 91:20-25 | | 113:17 | |
| 92:2-3 | | 114:2-18 | |
| 92:6-11 | | 115:6-19 | |
| 92:13-17 | | 116:12-17 | |
| 92:18-25 | | 116:25 | |
| 93:2-8 | | 117:2-6 | |
| 93:15-20 | | 117:15-25 | |

| Pages & Lines | | Pages & Lines | |
|---|---|---|---|
| 118:2 | | 162:22-25 | |
| 120:16-20 | | | |
| 122:11-22 | | | |
| 123:3-10 | | | |
| 123:14-25 | | | |
| 124:2-25 | | | |
| 128:9-25 | | | |
| 129:2-5 | | | |
| 138:19-23 | | | |
| 139:4-25 | | | |
| 140:2 | | | |
| 140:20-25 | | | |
| 141:17-25 | | | |
| 142:2-20 | | | |
| 150:24-25 | | | |
| 151:2-19 | | | |
| 155:2-20 | | | |
| 156:17-25 | | | |
| 157:2-8 | | | |
| 157:11 | | | |
| 161:4-23 | | | |
| 162:11-17 | | | |
| 162:19-20 | | | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------ x
In re VEECO INSTRUMENTS, INC.        :      Case No.: 7:05-md-01695 (CM)(GAY)
SECURITIES LITIGATION                :
------------------------------------------ x
------------------------------------------ x
THIS DOCUMENT RELATES TO             :
ALL ACTIONS                          :
------------------------------------------ x
```

CATHY CANTASANO DEPOSITION DESIGNATION
MAY 4, 2007
NEW YORK, NY

| Pages & Lines | | Pages & Lines | |
|---|---|---|---|
| 4:9-10 | | 61:25 | |
| 39:23-25 | | 62:3 | |
| 40:1-6 | | 62:21-25 | |
| 41:23-24 | | 63:1 | |
| 42:2-3 | | 68:25 | |
| 42:20-25 | | 69:1-7 | |
| 47:6-21 | | 69:11 | |
| 47:23-25 | | 69:1-25 | |
| 48:3-5 | | 70:1-25 | |
| 50:20-22 | | 71:1-25 | |
| 51:8-25 | | 141:20-22 | |
| 52:2-6 | | 142:6-25 | |
| 53:5-11 | | 143:2-3 | |
| 59:21-25 | | 143:5-9 | |
| 60:2 | | 143:14-25 | |
| 60:5-8 | | 144:1-12 | |

| Pages & Lines | | Pages & Lines | |
|---|---|---|---|
| 144:14-25 | | | |
| 145:3-4 | | | |
| 145:6-9 | | | |
| 147:3-25 | | | |
| 148:15-25 | | | |
| 149:1-25 | | | |
| 154:1-25 | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------ x
In re VEECO INSTRUMENTS, INC.          :        Case No.: 7:05-md-01695 (CM)(GAY)
SECURITIES LITIGATION                  :
------------------------------------------------ x
------------------------------------------------ x
THIS DOCUMENT RELATES TO               :
ALL ACTIONS                            :
------------------------------------------------ x
```

## RICHARD HOFFMANN, STEELWORKERS PENSION TRUST
## DEPOSITION DESIGNATION
## DECEMBER 8, 2005
## PHILADELPHIA, PA

| Pages & Lines | | Pages & Lines | |
|---|---|---|---|
| 27:15-17 | | | |
| 56:9-13 | | | |
| 78:18-20 | | | |
| 79:1-11 | | | |
| 110:16-17 | | | |
| 110:20 - 111:2 | | | |
| 114:2-3 | | | |
| 114:12-14 | | | |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------- x
In re VEECO INSTRUMENTS, INC.           :        Case No.: 7:05-md-01695 (CM)(GAY)
SECURITIES LITIGATION                   :
-------------------------------------------------- x
-------------------------------------------------- x
THIS DOCUMENT RELATES TO               :
ALL ACTIONS                             :
-------------------------------------------------- x
```

**GARY REIFERT DEPOSITION DESIGNATION**
**FEBRUARY 13, 2007**
**NEW YORK, NY**

| Pages & Lines | | Pages & Lines | |
|---|---|---|---|
| 19:22-25 | | 42:1-6 | |
| 20:3-8 | | 42:8 – 43:19 | |
| 20:10-17 | | 43:21 – 44:8 | |
| 30:24-31:3 | | 44:10 – 45:8 | |
| 31:5-14 | | 50:4-9 | |
| 32:5-24 | | 50:11 – 51:13 | |
| 33:2-23 | | 51:15 – 52:20 | |
| 33:25 – 34:5 | | 53:9-24 | |
| 34:7-20 | | 57:14-58:9 | |
| 34:22 – 35:12 | | 58:11 – 59:1 | |
| 35:14 – 37:14 | | 59:6 | |
| 37:15-18 | | 59:8-11 | |
| 37:20-22 | | 61:16-24 | |
| 40:6-9 | | 62:2-5 | |
| 40:11-13 | | 62:14-16 | |
| 40:15-25 | | 62:18-24 | |

| Pages & Lines | | Pages & Lines | |
|---|---|---|---|
| 63:2-10 | | 84:19-21 | |
| 63:12 | | 88:17-19 | |
| 63:13 – 64:1 | | 88:21 – 89:16 | |
| 64:3-5 | | 93:2-7 | |
| 66:20 – 67:6 | | 93:9-16 | |
| 67:8-15 | | 93:22 – 94:12 | |
| 67:17 | | 94:14-23 | |
| 67:20 – 68:8 | | 96:3-8 | |
| 68:10-11 | | 96:10-20 | |
| 68:13-17 | | 96:22-25 | |
| 68:19-20 | | 98:6 – 99:1 | |
| 69:1-18 | | 99:3-6 | |
| 69:20 – 70:14 | | 99:8-16 | |
| 70:16 – 73:5 | | 99:20 – 100:8 | |
| 73:7-14 | | 100:10 | |
| 79:2 – 81:3 | | 100:12-20 | |
| 81:5-11 | | 101:23 – 102:8 | |
| 81:13-22 | | 102:25 – 103L4 | |
| 81:24 – 82:22 | | 103:6 | |
| 82:23 – 83:4 | | 109:13-14 | |
| 83:6-7 | | 109:25 – 110:4 | |
| 83:8-10 | | 110:6 – 111:2 | |
| 83:12-13 | | 111:4-9 | |
| 83:15-17 | | 111:11-15 | |
| 84:10-17 | | 112:3-4 | |

| Pages & Lines | | Pages & Lines | |
|---|---|---|---|
| 112:6-11 | | 128:2-6 | |
| 112:13-16 | | 128:8-14 | |
| 112:18-19 | | 128:22 – 129:3 | |
| 112:21 –113:13 | | 129:5-24 | |
| 115:15-20 | | 130:2-9 | |
| 115:22 – 116:8 | | 130:11 – 131:9 | |
| 116:10-21 | | 131:18 – 132:8 | |
| 117:11-14 | | 135:23-25 | |
| 117:16-20 | | 136:3-23 | |
| 117:22 – 118:3 | | 137:17-20 | |
| 118:5-10 | | 137:22 –138:25 | |
| 118:12-19 | | 141:18 –142:15 | |
| 119:22-24 | | 144:2-5 | |
| 120:2 | | 144:7-19 | |
| 120:4-9 | | 144:21-24 | |
| 123:8 – 124:7 | | 145:2-8 | |
| 124:9 – 126:5 | | 145:10-11 | |
| 126:7-8 | | 145:13-25 | |
| 126:10-15 | | 146:3-16 | |
| 126:23 – 127:8 | | 146:17 148:7 | |
| 127:10-17 | | 148:9-22 | |
| 127:18-22 | | 148:24 – 150:9 | |
| 127:24 | | 150:11-15 | |
| 150:17-21 | | 153:2-17 | |
| 151:23 –152:20 | | 153:19-23 | |

| Pages & Lines | | Pages & Lines | |
|---|---|---|---|
| 155:5-25 | | 182:22 –184:15 | |
| 161:11 – 162:4 | | 184:17 –185:24 | |
| 162:7-21 | | 186:17 – 187:7 | |
| 162:23 –164:14 | | 187:9 | |
| 164:16-25 | | 187:11-17 | |
| 165:3-17 | | 187:19-21 | |
| 166:10 –167:23 | | 187:23 – 188:7 | |
| 167:25 | | 188:9-17 | |
| 168:3-14 | | 188:19 –189:12 | |
| 168:16 – 169:6 | | 189:14-17 | |
| 169:8-18 | | 189:18-20 | |
| 171:16-19 | | 189:22 – 190:2 | |
| 171:20 | | 190:3-9 | |
| 172:23 – 173:2 | | 190:17 –191:16 | |
| 173:7 – 174:13 | | 191:18-25 | |
| 174:23 –175:22 | | 192:2-9 | |
| 175:24 | | 192:11-16 | |
| 176:6-24 | | 192:18 – 193:6 | |
| 177:2 | | 193:8-19 | |
| 177:4-23 | | 193:21-23 | |
| 179:2 – 181:16 | | 194:8-21 | |
| 181:18-20 | | 194:23-25 | |
| 181:22 – 182:2 | | 195:8-20 | |
| 182:4-7 | | 195:22 | |
| 182:9-20 | | 196:16-18 | |

4

| Pages & Lines | | Pages & Lines | |
|---|---|---|---|
| 196:20 – 197:2 | | 212:20 – 213:6 | |
| 197:4-23 | | 213:8 – 214:7 | |
| 197:25 –198:11 | | 214:18-19 | |
| 198:13 | . | 214:21-25 | |
| 198:16-23 | | 215:3-12 | |
| 198:25 –199:20 | | 215:14 –216:14 | |
| 199:24 –200:12 | | 216:16-21 | |
| 200:14 | | 216:23 – 217:3 | |
| 200:15-25 | | 217:15-16 | |
| 201:3-8 | | 217:18-19 | |
| 201:10 – 203:3 | | 217:21-25 | |
| 203:5-17 | | 218:2 – 219:25 | |
| 203:19-25 | | 220:3-15 | |
| 204:6 – 206:14 | | 221:8 – 222:6 | |
| 207:6-14 | | 222:8 | |
| 207:16-19 | | 228:15-18 | |
| 207:21 – 208:8 | | 228:20-21 | |
| 208:10-13 | | 233:17-21 | |
| 208:15-18 | | 233:24 – 234:2 | |
| 208:20 – 210:4 | | 234:4-24 | |
| 210:5-7 | | 235:13-18 | |
| 210:9-14 | | 236:24 – 237:3 | |
| 209:16-20 | | 237:6 – 238:6 | |
| 209:22 –211:10 | | 238:14 | |
| 212:8-18 | | 238:20 – 239:3 | |

| Pages & Lines | | Pages & Lines | |
|---|---|---|---|
| 239:5-8 | | 261:25 –262:23 | |
| 239:10 – 240:4 | | 262:25 – 263:3 | |
| 240:6 | | 265:18-20 | |
| 243:16-23 | | 265:22 –266:14 | |
| 243:25 – 244:3 | | 266:16-18 | |
| 244:9-15 | | 270:10 – 271:2 | |
| 245:19-22 | | | |
| 245:24 –246:21 | | | |
| 248:5-9 | | | |
| 248:11 –249:21 | | | |
| 249:23 – 250:7 | | | |
| 250:9-16 | | | |
| 250:18 | | | |
| 250:20 –251:13 | | | |
| 251:15-17 | | | |
| 252:2-6 | | | |
| 252:7-15 | | | |
| 252:18 –253:18 | | | |
| 253:20-23 | | | |
| 256:2-11 | | | |
| 256:13-18 | | | |
| 256:20 – 257:3 | | | |
| 257:5 | | | |
| 258:14-16 | | | |
| 261:14-23 | | | |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------ x
In re VEECO INSTRUMENTS, INC.           :        Case No.: 7:05-md-01695 (CM)(GAY)
SECURITIES LITIGATION                   :
------------------------------------------------ x
------------------------------------------------ x
THIS DOCUMENT RELATES TO                :
ALL ACTIONS                             :
------------------------------------------------ x
```

## EDWARD BRAUN DEPOSITION DESIGNATION
### FEBRUARY 23, 2007
### NEW YORK, NY

| Pages & Lines | | Pages & Lines | |
|---|---|---|---|
| 15:2-7 | | 47:2-8 | |
| 30:5-11, 13, 15-19, 21-25 | | 48:22-25 | |
| 31:2-4 | | 49:3-7, 9-17, 19-25 | |
| 32:9-19, 21-24 | | 50:2-3 | |
| 33:2-4, 6-19, 21-25 | | 52:12-25 | |
| 34:2-4, 19-21, 23-25 | | 53:2-5, 7-18 | |
| 35:2-3 | | 54:7-14, 16-19 | |
| 41:17-20, 22-25 | | 55:11-25 | |
| 42:3-6, 8-25 | | 56:2-4, 12-17, 19-21 | |
| 43:2-9, 10, 12-16, 17-21, 23-25 | | 60:2-6, 8-11, 12-15, 17-25 | |
| 44:2-9 | | 61:5-17, 19-25 | |
| 46:13-25 | | 62:2-6, 8-9, 11-13, 15-21, 23-25 | |

| Pages & Lines | | Pages & Lines | |
|---|---|---|---|
| 63:2, 4-11, 20-22, 24-25 | | 85:3, 5-13, 15-18, 25 | |
| 64:2-17. 19-25 | | 86:2-25 | |
| 65:2, 4-7, 9-15, 17-18, 20-21, 23 | | 87:2-5, 7-16, 18-25 | |
| 66:14-17, 19-25 | | 88:2-3, 5-25 | |
| 67:2-17, 19-25 | | 89:2-5, 7, 9-19, 21-25 | |
| 68:2-11 | | 90:2-7, 9, 11-25 | |
| 69:6-10, 12-13, 14-25 | | 91:2-6, 8-11, 13, 15-17 | |
| 70:2-5, 12-25 | | 92:12-20, 22-25 | |
| 71:2-4, 21-25 | | 93:4-20, 25 | |
| 73:16-19, 21-25 | | 94:1-19, 21-25 | |
| 74:7-12, 14-25 | | 96:7-9, 11-17, 19-25 | |
| 75:2-7, 12-15 | | 97:2, 4-13, 15-18 | |
| 76:9-25 | | 99:6-25 | |
| 77:2-25 | | 100:2-24 | |
| 78:1-9, 11-19, 21 | | 101:3-9, 11 | |
| 80:13-23, 25 | | 102:17-25 | |
| 81:2-22, 24 | | 103:2-3, 5-16, 18-25 | |
| 82:2-15, 17-21, 23-25 | | 104:2-10, 12-23, 25 | |
| 83:2-3, 5-12, 14-24 | | 105:2-7, 9-16, 18-23, 25 | |
| 84:2-4, 6-12, 13-25 | | 106:4-18, 20-25 | |

| Pages & Lines | | Pages & Lines | |
|---|---|---|---|
| 107:2-6, 8-24 | | 130:2-16, 18-24 | |
| 108:2-10, 12-20, 22-25 | | 132:6-24 | |
| 109:2-8 | | 133:2-16, 18-20, 22-25 | |
| 110:11-21 | | 134:3-7, 9-15, 17-25 | |
| 113:18-25 | | 135:2-14, 16, 18-19, 21-24 | |
| 114:2-25 | | 138:5-11, 13-23, 25 | |
| 115:2-25 | | 139:2-4, 6-19, 21-25 | |
| 116:2-25 | | 140:2-7, 9-11, 13-16, 18-25 | |
| 117:2-3, 5-25 | | 141:2-16, 17-19, 21-25 | |
| 118:2-4, 6, 14-21 | | 142:2-7, 21-25 | |
| 120:2-8, 18-19, 21-24 | | 143: 2-12, 14-25 | |
| 121:8-13, 15-25 | | 144:2-11, 23-25 | |
| 122:2, 4-20, 22-25 | | 145:2-4, 6-11, 15-24 | |
| 123:3-12, 14-15, 17-21 | | 146:2 | |
| 124:24-25 | | 147:6-15, 17, 19-25 | |
| 125:2-11 | | 148:2-15, 17-20, 22 | |
| 126:15-25 | | 150:25 | |
| 127:2-25 | | 151:2-4, 7-14, 16-25 | |
| 128:2-25 | | 152:2-7, 9-15, 18-23 | |
| 129:2-23, 25 | | 153:2-6, 8-12 | |

| Pages & Lines | | Pages & Lines | |
|---|---|---|---|
| 154:2-4, 6-23, 25 | | 177:14-25 | |
| 155:2-8, 10-19, 21-24 | | 178:2-5 | |
| 156:2-25 | | | |
| 157:2-13 | | | |
| 158:6-21 | | | |
| 160:12-21, 23-25 | | | |
| 161:2-16, 19-24 | | | |
| 162:14-25 | | | |
| 163:2-8, 10-16, 18-20, 22-25 | | | |
| 164:2-10 | | | |
| 165:14-25 | | | |
| 166:5-8, 10-20, 22-25 | | | |
| 167:2-23 | | | |
| 168:3-6 | | | |
| 170:3-5, 7-9 | | | |
| 171:3-4, 6-10, 12-16 | | | |
| 172:10-15, 17-24 | | | |
| 173:2-3, 5, 7-16 | | | |
| 174:21-24 | | | |
| 175:16-25 | | | |
| 176:2-13, 19-23 | | | |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------- x
In re VEECO INSTRUMENTS, INC.        :        Case No.: 7:05-md-01695 (CM)(GAY)
SECURITIES LITIGATION                :
------------------------------------------------- x
                                     :
------------------------------------------------- x
THIS DOCUMENT RELATES TO             :
ALL ACTIONS                          :
------------------------------------------------- x
```

## JOHN REIN, JR. DEPOSITION DESIGNATION
### FEBRUARY 28, 2007
### NEW YORK, NY

| Pages & Lines | | Pages & Lines | |
|---|---|---|---|
| 13:10 – 16:8 | | 59:24 – 60:23 | |
| 16:16 – 18:10 | | 68:9 – 69:8 | |
| 21:21 – 22:9 | | 74:8-24 | |
| 22:16 – 26:13 | | 76:10 – 77:4 | |
| 31:3-6 | | 81:23 – 82:7 | |
| 32:10-14 | | 82:22 – 83:10 | |
| 34:15-25 | | 86:16-22 | |
| 36:10-17 | | 89:4-15 | |
| 41:13 – 43:16 | | 89:20-23 | |
| 46:4 – 47:4 | | 90:11 – 93:9 | |
| 47:15 – 49:4 | | 94:2-18 | |
| 53:18-22 | | 97:15 – 98:6 | |
| 55:9-18 | | 99:13 – 100:19 | |
| 57:2 – 58:22 | | 102:20 - 103:24 | |
| 59:2-12 | | 104:4-8 | |
| 105:5-20 | | 195:20 - 202:5 | |

| Pages & Lines | | Pages & Lines | |
|---|---|---|---|
| 106:3-17 | | 202:6-23 | |
| 107:2 - 109:3 | | 202:24 - 203:13 | |
| 112:21 - 113:12 | | 203:18 | |
| 113:22-24 | | 206:2-9 | |
| 115:14 - 117:4 | | 208:6-11 | |
| 124:8-15 | | 208:14 - 209:2 | |
| 126:2-21 | | 209:16 - 210:16 | |
| 130:7 - 131:17 | | 211:2-19 | |
| 132:5 - 137:2 | | 213:4-10 | |
| 146:7-25 | | 227:9-25 | |
| 147:7-13 | | 232:23-25 | |
| 147:22 - 150:4 | | 233:9-12 | |
| 151:3 - 153:23 | | 233:19 - 234:7 | |
| 154:4 - 158:9 | | 235:13-17 | |
| 159:18 - 161:8 | | 236:5-15 | |
| 161:20 - 170:11 | | 236:25 – 237:19 | |
| 172:5-15 | | 238:7 – 240:3 | |
| 173:16-23 | | 240:21 – 241:8 | |
| 182:15-22 | | 244:4-17 | |
| 183:22 - 184:8 | | 244:25 – 245:13 | |
| 184:18-23 | | 246:7-12 | |
| 186:5-24 | | 247:13 – 248:11 | |
| 187:2-3 | | 250:5-19 | |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------- x
|  |  |
|---|---|
| In re VEECO INSTRUMENTS, INC.<br>SECURITIES LITIGATION | : <br> : <br> : |

Case No.: 7:05-md-01695 (CM)(GAY)

--------------------------------------------------- x
--------------------------------------------------- x

THIS DOCUMENT RELATES TO     :
ALL ACTIONS                       :

--------------------------------------------------- x

## JOEL ELFTMANN DEPOSITION DESIGNATION
### MAY 3, 2007
### NEW YORK, NY

| Pages & Lines |  | Pages & Lines |  |
|---|---|---|---|
| 53:2-4, 6-13 |  |  |  |
| 72:8-23 |  |  |  |
| 76:16-20, 22-24 |  |  |  |
| 77:2-3 |  |  |  |
| 78:18-23 |  |  |  |
| 80:14-25 |  |  |  |
| 81:2-23 |  |  |  |
| 83:19-25 |  |  |  |
| 84:2-22, 24-25 |  |  |  |
| 85:1-2 |  |  |  |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------ x
In re VEECO INSTRUMENTS, INC.          :        Case No.: 7:05-md-01695 (CM)(GAY)
SECURITIES LITIGATION                  :
------------------------------------------------ x
------------------------------------------------ x
THIS DOCUMENT RELATES TO               :
ALL ACTIONS                            :
------------------------------------------------ x
```

### STEVEN C. AMATO DEPOSITION DESIGNATION
### MAY 17, 2007
### NEW YORK, NY

| Pages & Lines | | Pages & Lines | |
|---|---|---|---|
| 4:7 - 6:3 | | 27:9-11 | |
| 14:8-16 | | 27:4 - 28:4 | |
| 14:19 - 15:14 | | 28:7 | |
| 17:10-14 | | 29:4-8 | |
| 17:20-21 | | 29:10-13 | |
| 18:4-5 | | 29:15-16 | |
| 18:8-19 | | 29:21-24 | |
| 21:21 - 22:2 | | 30:3-21 | |
| 22:6-8 | | 30:24 | |
| 24:6-25 | | 34:21-22 | |
| 25:4-6 | | 34:25 - 35:4 | |
| 25:23-24 | | 35:8-13 | |
| 26:3-6 | | 35:16-20 | |
| 26:9-10 | | 35:22 - 36:11 | |
| 26:24 - 27:2 | | 36:14-15 | |
| 27:5-6 | | 40:14-22 | |

| Pages & Lines | | Pages & Lines | |
|---|---|---|---|
| 40:24 | | 56:3-6 | |
| 42:14-18 | | 56:8-21 | |
| 42:21-25 | | 56:24 - 57:6 | |
| 43:4-11 | | 57:9-11 | |
| 43:14-22 | | 59:24 - 60:10 | |
| 43:25 - 44:4 | | 60:16-17 | |
| 44:7-13 | | 60:20 - 61:14 | |
| 45:2 | | 61:17-21 | |
| 47:7-14 | | 69:11-17 | |
| 47:19-20 | | 69:20 - 70:3 | |
| 47:22 - 48:15 | | 70:5-9 | |
| 48:21 - 49:2 | | 70:24-25 | |
| 49:5-17 | | 73:8-11 | |
| 49:20 - 50:5 | | 73:14-24 | |
| 50:8-9 | | 78:8 | |
| 51:3-18 | | 80:4-12 | |
| 51:21-23 | | 80:15-18 | |
| 52:3-6 | | 80:20 - 81:9 | |
| 52:8-12 | | 81:12-18 | |
| 52:15-21 | | 81:20-24 | |
| 53:3-11 | | 82:2-7 | |
| 53:21 - 54:4 | | 82:13-18 | |
| 54:7 - 55:15 | | 82:21 - 83:2 | |
| 55:17 | | 83:24 - 84:9 | |
| 55:22-24 | | 84:12-23 | |

| Pages & Lines | | Pages & Lines | |
|---|---|---|---|
| 85:2-15 | | 105:13-18 | |
| 85:18 | | 105:23 - 106:2 | |
| 87:5-9 | | 107:6 - 108:3 | |
| 87:12-19 | | 109:8-13 | |
| 87:22 - 88:4 | | 109:16 | |
| 88:7-13 | | 112:5-6 | |
| 88:16 | | 112:9-15 | |
| 89:9-11 | | 112:22 - 113:9 | |
| 89:14-15 | | 113:12 -114:12 | |
| 90:20-24 | | 114:15:19 | |
| 91:3-7 | | 114:22 - 115:10 | |
| 91:10 | | 115:13-17 | |
| 93:20-22 | | 115:19-20 | |
| 93:24 | | 115:24 - 116:18 | |
| 94:19-21 | | 116:21 - 117:12 | |
| 94:23 | | 117:20-22 | |
| 96:8-12 | | 118:2-9 | |
| 96:15 - 97:5 | | 118:13-20 | |
| 97:7-8 | | 118:23 | |
| 98:24 - 99:3 | | 119:8-19 | |
| 99:6-8 | | 119:22-24 | |
| 99:20-25 | | 120:6 - 121:6 | |
| 102:10-13 | | 121:10-19 | |
| 102:16 - 103:2 | | 126:5-14 | |
| 103:5-9 | | 126:16 - 128:22 | |

| Pages & Lines | | Pages & Lines | |
|---|---|---|---|
| 128:24 | | 160:8 | |
| 131:14 - 132:14 | | 161:20 - 162:14 | |
| 133:13-24 | | 162:24 - 163:2 | |
| 137:17 - 138:3 | | 163:4-5 | |
| 138:6-8 | | 163:20-23 | |
| 138:16-25 | | 164:2-9 | |
| 140:2-15 | | 164:12-20 | |
| 140:22 - 141:6 | | 175:3-15 | |
| 141:9-17 | | 175:22 - 176:11 | |
| 144:6 - 145:10 | | 176:22 - 177:2 | |
| 146:2-18 | | 177:5-9 | |
| 146:21-25 | | 177:25 - 178:4 | |
| 147:4 - 148:12 | | 180:3-9 | |
| 148:18 | | 192:18-21 | |
| 149:19-23 | | 192:24 - 193:5 | |
| 149:25 | | 193:8-17 | |
| 150:3-8 | | 193:21-25 | |
| 150:11-15 | | 197:13-17 | |
| 156:14-17 | | 197:21 | |
| 156:25 - 157:6 | | 197:23-25 | |
| 157:9-15 | | 198:7-10 | |
| 158:2-9 | | 198:13-19 | |
| 158:12-22 | | 198:22-25 | |
| 158:25 | | 200:6-8 | |
| 159:11 - 160:4 | | 200:11-16 | |

| Pages & Lines | | Pages & Lines | |
|---|---|---|---|
| 200:22-23 | | | |
| 200:25 | | | |
| 201:9-13 | | | |
| 201:19 - 202:2 | | | |
| 202:6 | | | |
| 202:11-13 | | | |
| 202:15:19 | | | |
| 202:22 - 203:3 | | | |
| 204:19-24 | | | |
| 205:16-18 | | | |
| 205:22-25 | | | |
| 206:4-7 | | | |
| 206:10 | | | |
| 209:10-12 | | | |
| 209:15-19 | | | |
| 210:2-4 | | | |
| 210:10-16 | | | |
| 210:19-21 | | | |
| 212:9-13 | | | |
| 212:19-20 | | | |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------- x
In re VEECO INSTRUMENTS, INC.          :        Case No.: 7:05-md-01695 (CM)(GAY)
SECURITIES LITIGATION                  :
------------------------------------------------- x
------------------------------------------------- x
THIS DOCUMENT RELATES TO               :
ALL ACTIONS                            :
------------------------------------------------- x
```

## BRUCE HUFF DEPOSITION DESIGNATION
### DECEMBER 20, 2006
### NEW YORK, NY

| Pages & Lines | | Pages & Lines | |
|---|---|---|---|
| 9:7-18 | | 49:6-7 | |
| 9:22-6 | | 60:17-25 | |
| 11:16-25 | | 61:2-14 | |
| 12:2-9 | | 71:2-18 | |
| 12:12-23 | | 73:2-25 | |
| 16:2-25 | | 74:2-23 | |
| 17:1-13 | | 76:15 - 77:11 | |
| 18:16-20 | | 77:22-25 | |
| 19:17-23 | | 78:2-5 | |
| 20:15 - 21:8 | | 82:10-13, 22-25 | |
| 25:9-17 | | 83:2-7 | |
| 30:4-6 | | 85:12-24 | |
| 43:24-25 | | 87:22-25 | |
| 44:2-3 | | 88:2-22 | |
| 47:4-21 | | 97:16-24 | |
| 48:19-25 | | 103:20-25 | |

| Pages & Lines | | Pages & Lines | |
|---|---|---|---|
| 104:2-23 | | 147:2-25 | |
| 105:23-25 | | 148:8-10 | |
| 106:25 | | 149:15-19 | |
| 107:2-5, 10-17 | | 150:5-7, 24-25 | |
| 110:2-6 | | 151:13-21, 25 | |
| 111:8-11, 21-25 | | 152:2-12 | |
| 112:2-14 | | | |
| 114:25 | | | |
| 115:2-15 | | | |
| 116:12-17 | | | |
| 118:4-7 | | | |
| 120:25 | | | |
| 121:2-19 | | | |
| 125:20-25 | | | |
| 126:2-25 | | | |
| 127:2-3 | | | |
| 128:20-25 | | | |
| 129:17 | | | |
| 131:16-25 | | | |
| 132:2 | | | |
| 133:7-13 | | | |
| 142:9-17 | | | |
| 143:21-25 | | | |
| 144:13-18 | | | |
| 146:21-25 | | | |