United States District Court
Southern District of New York
Office of the Clerk
U.S. Courthouse
300 Quarropas Street, White Plains, N.Y. 10601



```
------------------------------------X
                                    |
                                    |    NOTICE OF REASSIGNMENT
In RE: Veeco Instruments            |
                                    |
                                    |    05    md.   1695 (CM)(GAY)
                                    |          05cv2189
                                    |          05cv2929
                                    |          05cv7446
------------------------------------X         05cv7447
                                              05cv7448
                                              05cv7449
                                              05cv7450
                                              05cv7451
                                              05cv7452
                                              05cv7453
                                              05cv10224
                                              05cv10225
                                              05cv10226
```

   Pursuant to the memorandum of the Case Processing Assistant the above entitled action is reassigned to the calendar of

        JUDGE: Colleen McMahon (NYC)

   All future documents submitted in this action shall bear the assigned judge's initials after the case number.  If this case is assigned to the Electronic Case Filing (ECF) system, documents must be submitted electronically, and shall also bear the notation "ECF CASE" under the docket number.

   The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Reassignment on all defendants.

                              J. Michael McMahon, CLERK

Dated: 8/3/07
                          by: _____
                                     Deputy Clerk

DESIGNATED TO MAGISTRATE JUDGE: George A. Yanthis

CC:  Attorneys of Record

                                        Revised: September 9, 2004