# Exhibit C

JUNE 22 2007

c/o Heffler, Radetich & Saitta L.L.P.

HAROLD P. HOUSER
P.O. BOX 5145                    Home: 501 N. CAMDEN DR.
FORT WAYNE, IN 46895                   FORT WAYNE, IN 46825

I HAROLD P. HOUSER, requests exclusion from the
class in re Veeco Insruments, Inc. Securities
Litigation, 7:05-MD-01695 (CM)(GAY),

x    Shares: Veeco Instruments-
buy date   sold date   sales price   cost      gain or(_)
06-o7-04   o4-27-06    2230.73       2603.00   (372.27)
        THANK YOU
P S phone# (260) 4713383         JUNE 22 2007



Dixie E. Snider, Jr.<br>
Frances F. Snider<br>
1516 Regency Walk Drive<br>
Decatur, Georgia 30033-1740<br>
June 25, 2007

*In re Veeco Instruments, Inc. Securities Litigation* – Notice of Pendency
c/o Heffler, Radetich & Saitta L.L.P.
P.O. Box 59027
Philadelphia, PA 19102-9027

Dear Sir or Madam:

We are responding to the mailing we received. We request exclusion from the Class in *In re Veeco Instruments, Inc. Securities Litigation*, 7:05- MD-01695 (CM)(GAY).

As directed, we are reporting that we purchased 100 shares of Veeco Instruments on December 10, 2004.

Thank you for your assistance with this matter.

Sincerely,

Dixie E. Snider, Jr.

Frances F. Snider

The Sniders
1516 Regency Walk Drive
Decatur, GA 30033-1740

ATLANTA GA 303
26 JUN 2007 PM 1 T

In re Veeco Instuments Inc. Securities
Litigation - Notice of Pendency
c/o Heffler, Radetich & Saitta L.L.P.
P.O. Box 59027
Philadelphia, PA 19102-9027

19102+9027