UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE VEECO INSTRUMENTS INC.                  :      No. 7:05-MD-01695-CM-GAY
SECURITIES LITIGATION                         :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THIS DOCUMENT RELATES TO:                     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EDWARD J. HUNEKE, derivatively on behalf      :
of VEECO INSTRUMENTS, INC.,                   :      No. 7:05-CV-10224-CM

               Plaintiff,        :

    v.                                       :

EDWARD H. BRAUN, et al.,                       :

               Defendants.       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AUGUST SCHUPP, III, derivatively on behalf    :
of VEECO INSTRUMENTS, INC.,                   :      No. 7:05-CV-10225-CM

               Plaintiff,        :

    v.                                       :

EDWARD H. BRAUN, et al.,                       :

               Defendants.       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DAVID ALTMAN, derivatively on behalf          :
of VEECO INSTRUMENTS, INC.,                   :      No. 7:05-CV-10226-CM

               Plaintiff,        :

    v.                                       :

EDWARD H. BRAUN, et al.,                       :

               Defendants.       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CERTIFICATE OF SERVICE

I, Colin Young, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746,

that on this 26th day of March 2008, I caused a true and correct copy of the Declaration of J.

Ross Wallin Affirming Compliance with Notice Provisions in the Order Preliminarily Approving

Derivative Action Settlement to be served electronically (via E-mail) upon counsel of record in

this action listed below:

Robert I. Harwood, Esq.
Harwood Feffer LLP
488 Madison Avenue
New York, New York 10022

*Attorneys for Derivative Plaintiffs*

_____
Colin Young